**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, Individually and on behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HASBRO, INC., RICHARD STODDART, CHRISTIAN COCKS, DEBORAH THOMAS, GINA GOETTER and ERIC NYMAN, <br><br> Defendants. | Case No.: 1:24-cv-08633-VSB |

**DECLARATION OF RADHA NAGAMANI RAGHAVAN
IN SUPPORT OF PHILADELPHIA ASBESTOS WORKERS PENSION &
HEALTH & WELFARE FUNDS' MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Radha Nagamani Raghavan, Esq. declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Philadelphia Asbestos Workers Pension & Health & Welfare Funds ("Movant") for the entry of an Order of the following: (1) appointing Movant as Lead Plaintiff on behalf of a class consisting of all persons who purchased or otherwise acquired Hasbro, Inc. ("Hasbro" or the "Company") common stock between February 7, 2022 and October 25, 2023, inclusive (the "Class Period"); (2) approving Movant's selection of the law firm of Berger Montague PC as Lead Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of Michael Burns, Administrator for Movant, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Chart reflecting calculation of financial losses sustained by Movant on Class Period transactions in Hasbro securities;

EXHIBIT C:  Notice of pendency of class action lawsuit against Hasbro, published on *Business Wire* on November 13, 2024; and

EXHIBIT D:  Berger Montague PC firm resume.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 13th day of January 2025.

/s/ *Radha Nagamani Raghavan*
Radha Nagamani Raghavan

2