# EXHIBIT A

## HASBRO, INC. (NASDAQ: HAS)
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Michael Burns, on behalf of Philadelphia Asbestos Workers Pension & Health & Welfare Funds ("Asbestos Workers"), declare that:

1.      I am the Administrator of Asbestos Workers. I have reviewed the facts and allegations of a complaint filed in this action against Hasbro, Inc. ("Hasbro"), and Asbestos Workers has authorized the filing of a motion for appointment as Lead Plaintiff.

2.      Asbestos Workers did not purchase and/or acquire the security that is the subject of this action at the direction of its counsel, nor in order to participate in any private action under the federal securities laws.

3.      Asbestos Workers is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. Asbestos Workers fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class. Asbestos Workers understands that this is not a claim form and that Asbestos Workers' ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4.      Asbestos Workers' transactions in Hasbro securities during the proposed Class Period set forth in the complaint are attached hereto in Schedule A. Asbestos Workers has complete authority to bring a suit to recover investment losses for all securities set forth in Schedule A.

5.      During the three (3) year period preceding the date on which this certification is signed, Asbestos Workers has sought to serve as a representative party on behalf of a class under the United States federal securities laws in the following action:

*Roofers Local No. 149 Pension Fund v. Amgen, Inc., et al.*, Case No. 1:23-cv-02138-JPC (S.D.N.Y.)

6.      During the three (3) year period preceding the date on which this certification is signed, Asbestos Workers has been appointed to serve as a representative party on behalf of a class under the United States federal securities laws in the following action:

*Roofers Local No. 149 Pension Fund v. Amgen, Inc., et al.*, Case No. 1:23-cv-02138-JPC (S.D.N.Y.)

7.      Asbestos Workers has not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date:    _____
         Philadelphia, PA

Michael Burns
Administrator
Philadelphia Asbestos Workers Pension &
Health & Welfare Funds

2

## Schedule A

| Transactions of Philadelphia Asbestos Workers Pension & Health & Welfare Funds in Hasbro, Inc. (NASDAQ: HAS) During the Class Period of February 7, 2022 to October 25, 2023, Inclusive | | | | |
|---|---|---|---|---|
| **Date** | **Transaction** | **Security** | **Shares** | **Price** |
| 04/04/22 | Purchase | Common Stock | 220 | $84.860 |
| 04/05/22 | Purchase | Common Stock | 1,130 | $84.890 |
| 04/06/22 | Purchase | Common Stock | 610 | $84.310 |
| 04/07/22 | Purchase | Common Stock | 420 | $84.680 |
| 04/07/22 | Purchase | Common Stock | 10 | $83.770 |
| 04/08/22 | Purchase | Common Stock | 130 | $84.620 |
| 04/18/22 | Purchase | Common Stock | 500 | $84.110 |
| 06/14/22 | Purchase | Common Stock | 210 | $80.660 |
| 06/15/22 | Purchase | Common Stock | 290 | $81.710 |
| 07/20/22 | Purchase | Common Stock | 350 | $81.200 |
| 10/05/22 | Purchase | Common Stock | 550 | $68.400 |
| 10/06/22 | Purchase | Common Stock | 200 | $68.490 |
| 12/20/22 | Purchase | Common Stock | 1,000 | $54.950 |
| 02/24/23 | Purchase | Common Stock | 220 | $56.290 |
| 02/27/23 | Purchase | Common Stock | 280 | $55.800 |
| 07/25/22 | Sale | Common Stock | 200 | $80.060 |
| 10/25/22 | Sale | Common Stock | 200 | $66.670 |
| 06/29/23 | Sale | Common Stock | 200 | $63.450 |
| 09/05/23 | Sale | Common Stock | 450 | $72.750 |
| 09/06/23 | Sale | Common Stock | 200 | $73.180 |