# EXHIBIT B

**Philadelphia Asbestos Workers LIFO Losses in Hasbro, Inc. (HAS)**
**During The Class Period (2/7/22 - 10/25/23)**

| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 10/26/23 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Matched to Pre-Class Holdings? | No. of Shares Purchased in Class Pd and Still Held | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Pd. Holdings [1]: | | 0 | | | | | | | | - | - |
| 04/04/22 | Purch | 220 | $84.860 | $18,669.20 | | | | | | 220 | 220 |
| 04/05/22 | Purch | 1,130 | $84.890 | $95,925.70 | | | | | | 1,350 | 1,350 |
| 04/06/22 | Purch | 610 | $84.310 | $51,429.10 | | | | | | 1,960 | 1,960 |
| 04/07/22 | Purch | 420 | $84.680 | $35,565.60 | | | | | | 2,380 | 2,380 |
| 04/07/22 | Purch | 10 | $83.770 | $837.70 | | | | | | 2,390 | 2,390 |
| 04/08/22 | Purch | 130 | $84.620 | $11,000.60 | | | | | | 2,520 | 2,520 |
| 04/18/22 | Purch | 500 | $84.110 | $42,055.00 | | | | | | 3,020 | 3,020 |
| 06/14/22 | Purch | 210 | $80.660 | $16,938.60 | | | | | | 3,230 | 3,230 |
| 06/15/22 | Purch | 290 | $81.710 | $23,695.90 | | | | | | 3,520 | 3,520 |
| 07/20/22 | Purch | 350 | $81.200 | $28,420.00 | | | | | | 3,870 | 3,870 |
| 07/25/22 | Sale | | | | 200 | $80.060 | | $16,012.00 | NO | 3,670 | 3,670 |
| 10/05/22 | Purch | 550 | $68.400 | $37,620.00 | | | | | | 4,220 | 4,220 |
| 10/06/22 | Purch | 200 | $68.490 | $13,698.00 | | | | | | 4,420 | 4,420 |
| 10/25/22 | Sale | | | | 200 | $66.670 | | $13,334.00 | NO | 4,220 | 4,220 |
| 12/20/22 | Purch | 1,000 | $54.950 | $54,950.00 | | | | | | 5,220 | 5,220 |
| 02/24/23 | Purch | 220 | $56.290 | $12,383.80 | | | | | | 5,440 | 5,440 |
| 02/27/23 | Purch | 280 | $55.800 | $15,624.00 | | | | | | 5,720 | 5,720 |
| 06/29/23 | Sale | | | | 200 | $63.450 | | $12,690.00 | NO | 5,520 | 5,520 |
| 09/05/23 | Sale | | | | 450 | $72.750 | | $32,737.50 | NO | 5,070 | 5,070 |
| 09/06/23 | Sale | | | | 200 | $73.180 | | $14,636.00 | NO | 4,870 | 4,870 |
| **Class Period Totals:** | | **6,120** | | **$458,813** | **1,250** | | | **$89,410** | | | |
| Less sale of shares matched to pre-class holdings: | | | | | 0 | | | $0 | | | |
| **Subtotal of Sales of Shares Purchased in Class Period:** | | | | | **1,250** | | | **$89,410** | | | |
| **Total Held 10/25/23:** | | **4,870** | | | | | | | | | |
| **CLASS PD. RET:** | | **4,870** | (No. of Shares Purchased in the Class Period and Still Held on 10/25/23) | | | | | | | | |

| Post Class-Period Transactions: | | No. Shares Bought [2] | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold [2] | Actual Sale Price [3] | Avg. Closing Price from 10/26/23 to Day of Sale [3] | Sale Proceeds (Excl. Fees & Comms.) [3] | LIFO - Matched to Pre-Class Holdings or Post-Class Buys? [2] | No. of Shares Purchased in Class Pd and Still Held | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/23 | Purch | 750 | $44.880 | $33,660.00 | | | | | | 4,870 | 5,620 |
| **Subtotal of Post-Class** | | **750** | | **$33,660** | **0** | | | **$0** | | | |
| **Less Sale of Shares Matched to Pre-Class Holdings or Post-Class Buys:** | | | | | **0** | | | **$0** | | | |
| **Total of Post-Class Period Trades [2]:** | | **750** | | **$33,660** | **0** | | | **$0** | | | |
| Retained Shares Valued at Average Closing Price from 10/26/23 to 1/23/24 [3] [4] | | | | | | | | | | | |
| | | | | | 4,870 | $47.775 | | $232,666 | | | |
| **CLASS PD. TOTALS:** | | **6,120** | | **$458,813** | **6,120** | | | **$322,075** | | | |
| | | | | | | **LIFO NET GAIN (LOSS):** | | **($136,738)** | | | |

**Footnotes:**

[1] Asbestos held 0 shares of common stock pre-class.

[2] Under LIFO, post class period sales occurring before post class period buys are matched against class period buys. Post class period sales occurring after post class period buys are matched against post class period buys.

[3] Pursuant to the PSLRA, shares retained after the class period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosures to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosures if the shares were not sold in the 90-days after the end of the class period.

[4] The average closing price from 10/26/23 to 1/23/24 is $47.775. Pursuant to the PSLRA, all retained shares are valued at that price.