**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>    v.<br><br>HASBRO, INC., RICHARD STODDART, CHRISTIAN COCKS, DEBORAH THOMAS, GINA GOETTER, and ERIC NYMAN,<br><br>Defendants. | Case No. 1:24-cv-08633-VSB<br><br>CLASS ACTION |

**DECLARATION OF HANNAH ROSS IN SUPPORT OF THE MOTION OF CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST AND WEST PALM BEACH FIREFIGHTERS' PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

I, Hannah Ross, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner with the law firm Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I respectfully submit this declaration in support of the Motion of City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Miami Retirement Trust") and West Palm Beach Firefighters' Pension Fund ("West Palm Beach Firefighters") for entry of an order: (1) appointing Miami Retirement Trust and West Palm Beach Firefighters as Lead Plaintiff; (2) approving their selection of Bernstein Litowitz as Lead Counsel for the Class; and (3) granting any further relief as the Court may deem just and proper.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Certifications of Miami Retirement Trust and West Palm Beach Firefighters;

Exhibit B:    Charts of transactions and losses of Miami Retirement Trust and West Palm Beach Firefighters;

Exhibit C:    Joint Declaration of Edgard Hernandez and David Merrell in Support of the Motion of City of Miami General Employees' & Sanitation Employees' Retirement Trust and West Palm Beach Firefighters' Pension Fund for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel;

Exhibit D:    Notice of pendency of *West Palm Beach Firefighters' Pension Fund v. Hasbro, Inc.*, No. 24-cv-8633 (S.D.N.Y.), published on November 13, 2024; and

Exhibit E:    Firm Résumé of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of January 2025.

*/s/ Hannah Ross*
Hannah Ross