# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Edgard Hernandez, on behalf of City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Miami Retirement Trust"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Pension Administrator of Miami Retirement Trust. I have reviewed the complaint with Miami Retirement Trust's legal counsel. Based on the legal counsel's knowledge and advice, Miami Retirement Trust has authorized the filing of this motion for appointment as lead plaintiff.

2. Miami Retirement Trust did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Miami Retirement Trust is willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. Miami Retirement Trust fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4. Miami Retirement Trust's transactions in the Hasbro, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Miami Retirement Trust has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion or was not appointed lead plaintiff:

    *San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc.*,
    No. 22-cv-6339 (S.D.N.Y.)

6. Miami Retirement Trust has served as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *City of Miami General Employees' & Sanitation Employees' Retirement Trust
    v. Globe Life Inc.*, No. 24-cv-376 (E.D. Tex.)

7. Miami Retirement Trust will not accept any payment for serving as a representative party on behalf of the class beyond Miami Retirement Trust's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __11__ day of December, 2024.

Edgard Hernandez
Pension Administrator
*City of Miami General Employees' & Sanitation Employees' Retirement Trust*

**City of Miami General Employees' & Sanitation Employees' Retirement Trust Transactions in Hasbro, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 4/4/2022 | 2,210 | 84.8611 |
| Purchase | 4/5/2022 | 11,720 | 84.8903 |
| Purchase | 4/6/2022 | 6,340 | 84.3114 |
| Purchase | 4/7/2022 | 5,700 | 83.6015 |
| Purchase | 4/7/2022 | 160 | 83.7678 |
| Purchase | 4/18/2022 | 4,950 | 84.1111 |
| Purchase | 6/14/2022 | 2,190 | 80.6569 |
| Purchase | 6/15/2022 | 2,960 | 81.7053 |
| Purchase | 7/20/2022 | 3,650 | 81.1983 |
| Purchase | 10/5/2022 | 5,400 | 68.4025 |
| Purchase | 10/6/2022 | 1,900 | 68.4920 |
| Purchase | 12/20/2022 | 11,000 | 54.9514 |
| Purchase | 2/24/2023 | 2,430 | 56.2854 |
| Purchase | 2/27/2023 | 2,870 | 55.7981 |
| Sale | 9/5/2023 | (8,450) | 72.6401 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, David Merrell, on behalf of West Palm Beach Firefighters' Pension Fund ("West Palm Beach Firefighters"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of West Palm Beach Firefighters. I have reviewed the complaint with West Palm Beach Firefighters' legal counsel. Based on legal counsel's knowledge and advice, West Palm Beach Firefighters has authorized the filing of the complaint.

2. West Palm Beach Firefighters did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. West Palm Beach Firefighters is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. West Palm Beach Firefighters' transactions in the Hasbro, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. West Palm Beach Firefighters is currently serving as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*SEB Investment Management AB v. Wells Fargo & Co.,*
No. 22-cv-3811 (N.D. Cal.)

6. West Palm Beach Firefighters has served as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*West Palm Beach Firefighters' Pension Fund v. Werner,*
No. 24-cv-350 (D. Idaho)

7. West Palm Beach Firefighters will not accept any payment for serving as a representative party on behalf of the Class beyond West Palm Beach Firefighters' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of November, 2024.

David Merrell, Chairman
*West Palm Beach Firefighters' Pension Fund*

**West Palm Beach Firefighters' Pension Fund**
**Transactions in Hasbro, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 7/19/2022 | 2406 | 79.8654 |
| Purchase | 7/20/2022 | 1202 | 81.1966 |
| Purchase | 7/22/2022 | 1137 | 81.8914 |
| Purchase | 8/9/2022 | 438 | 77.8931 |
| Purchase | 8/19/2022 | 552 | 82.2565 |
| Purchase | 10/4/2022 | 260 | 71.0998 |
| Purchase | 8/25/2023 | 1494 | 69.271 |
| Purchase | 8/28/2023 | 477 | 70.6189 |
| Purchase | 8/28/2023 | 617 | 69.7502 |
| Purchase | 8/29/2023 | 7 | 69.9927 |
| Purchase | 8/29/2023 | 318 | 70.9457 |
| Purchase | 9/5/2023 | 883 | 72.7148 |
| Purchase | 9/6/2023 | 507 | 73.0496 |
| Sale | 1/4/2023 | -1661 | 62.2925 |
| Sale | 1/13/2023 | -462 | 65.9166 |
| Sale | 2/21/2023 | -1263 | 58.6156 |
| Sale | 2/22/2023 | -649 | 57.2055 |
| Sale | 2/23/2023 | -1960 | 56.7511 |