# EXHIBIT B

**City of Miami General Employees' & Sanitation Employees' Retirement Trust**
LIFO Loss in Hasbro, Inc. (HAS)
Class Period: 02/07/22 - 10/25/23
CUSIP 418056107
Retained share price: $47.7752 (10/26/23 - 01/23/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | | | 0 | | $0.00 |
| | | | | | *Shares offsetting against pre-class holdings* | | 0 | | $0.00 |
| Purchase | 4/4/2022 | 2,210 | 84.8611 | $187,543.03 | | | | | |
| Purchase | 4/5/2022 | 11,720 | 84.8903 | $994,914.32 | | | | | |
| Purchase | 4/6/2022 | 6,340 | 84.3114 | $534,534.28 | | | | | |
| Purchase | 4/7/2022 | 5,700 | 83.6015 | $476,528.55 | | | | | |
| Purchase | 4/7/2022 | 160 | 83.7678 | $13,402.85 | | | | | |
| Purchase | 4/18/2022 | 4,950 | 84.1111 | $416,349.95 | | | | | |
| Purchase | 6/14/2022 | 2,190 | 80.6569 | $176,638.61 | | | | | |
| Purchase | 6/15/2022 | 2,960 | 81.7053 | $241,847.69 | | | | | |
| Purchase | 7/20/2022 | 3,650 | 81.1983 | $296,373.80 | | | | | |
| Purchase | 10/5/2022 | 5,400 | 68.4025 | $369,373.50 | | | | | |
| Purchase | 10/6/2022 | 1,900 | 68.4920 | $130,134.80 | | | | | |
| Purchase | 12/20/2022 | 11,000 | 54.9514 | $604,465.40 | Sale | 9/5/2023 | (8,450) | 72.6401 | ($613,808.85) |
| Purchase | 2/24/2023 | 2,430 | 56.2854 | $136,773.52 | | | | | |
| Purchase | 2/27/2023 | 2,870 | 55.7981 | $160,140.55 | Retained | | (55,030) | 47.7752 | ($2,629,067.42) |
| | | 63,480 | | $4,739,020.83 | | | (63,480) | | ($3,242,876.27) |

Loss     **($1,496,144.56)**

**West Palm Beach Firefighters' Pension Fund**
LIFO Loss in Hasbro, Inc. (HAS)
Class Period: 02/07/22 - 10/25/23
CUSIP 418056107
Retained share price: $47.7752 (10/26/23 - 01/23/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | | | 0 | | $0.00 |
| | | | | | *Shares offsetting against pre-class holdings* | | 0 | | $0.00 |
| Purchase | 7/19/2022 | 2,406 | 79.8654 | $192,156.15 | | | | | |
| Purchase | 7/20/2022 | 1,202 | 81.1966 | $97,598.31 | | | | | |
| Purchase | 7/22/2022 | 1,137 | 81.8914 | $93,110.52 | Sale | 1/4/2023 | (1,661) | 62.2925 | ($103,467.84) |
| Purchase | 8/9/2022 | 438 | 77.8931 | $34,117.18 | Sale | 1/13/2023 | (462) | 65.9166 | ($30,453.47) |
| Purchase | 8/19/2022 | 552 | 82.2565 | $45,405.59 | Sale | 2/21/2023 | (1,263) | 58.6156 | ($74,031.50) |
| Purchase | 10/4/2022 | 260 | 71.0998 | $18,485.95 | Sale | 2/22/2023 | (649) | 57.2055 | ($37,126.37) |
| Purchase | 8/25/2023 | 1,494 | 69.2710 | $103,490.87 | Sale | 2/23/2023 | (1,960) | 56.7511 | ($111,232.16) |
| Purchase | 8/28/2023 | 477 | 70.6189 | $33,685.22 | | | | | |
| Purchase | 8/28/2023 | 617 | 69.7502 | $43,035.87 | Sale* | 10/30/2023 | (1,801) | 46.4167 | ($83,596.42) |
| Purchase | 8/29/2023 | 7 | 69.9927 | $489.95 | Sale* | 10/30/2023 | (60) | 46.4167 | ($2,785.00) |
| Purchase | 8/29/2023 | 318 | 70.9457 | $22,560.73 | Sale* | 10/30/2023 | (591) | 46.4167 | ($27,432.25) |
| Purchase | 9/5/2023 | 883 | 72.7148 | $64,207.17 | Sale* | 10/31/2023 | (146) | 46.1000 | ($6,730.60) |
| Purchase | 9/6/2023 | 507 | 73.0496 | $37,036.15 | Sale* | 10/31/2023 | (1,705) | 46.1000 | ($78,600.50) |
| | | 10,298 | | $785,379.66 | | | (10,298) | | ($555,456.11) |

**Loss    ($229,923.55)**

*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*