**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, individually and on behalf all others similarly situated, | Civil Action No. 1:24-cv-08633-VSB |
| Plaintiff, | CLASS ACTION |
| v. | |
| HASBRO, INC., RICHARD STODDART, CHRISTIAN COCKS, DEBORAH THOMAS, GINA GOETTER, and ERIC NYMAN, | |
| Defendants. | |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF**
**MOTION BY CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM**
**FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Plaintiff and Lead Plaintiff movant City of Birmingham Retirement and Relief System ("Birmingham" or "Movant"), and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of its selection of Scott+Scott as Lead Counsel for the Class.

3.      Attached hereto as exhibits are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Notice published November 13, 2024, via *Business Wire,* pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); |
| Exhibit B: | Birmingham's Certification and Schedule A; |
| Exhibit C: | Birmingham's Loss Chart; and |
| Exhibit D: | Scott+Scott firm résumé. |

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 13th day of January, 2025.

 s/ Thomas L. Laughlin, IV
Thomas L. Laughlin, IV

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 13, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

2