# EXHIBIT B

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Jay Turner, on behalf of City of Birmingham Retirement and Relief System ("Birmingham"), herby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.　　　I am Fund Counsel of Birmingham. I am authorized to make legal decisions on behalf of Birmingham.

2.　　　I have reviewed the Class Action Complaint filed in the matter captioned *West Palm Beach Firefighters' Pension Fund v. Hasbro, Inc., et al.* (the "Complaint"), and authorize the filing of this Certification and Lead Plaintiff Motion on behalf of Birmingham.

3.　　　Birmingham is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4.　　　During the Class Period (as defined in the Complaint), Birmingham purchased and/or sold the security that is the subject of the Complaint as set forth on the attached Schedule A.

5.　　　Birmingham did not engage in the foregoing transactions at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6.　　　During the three-year period preceding the date on which this Certification is signed, Birmingham has either served or sought to serve as a representative party on behalf of a class in the following private actions arising under the Securities Act or the Exchange Act:

- *City of Mia. Gen. Emps'. & Sanitation Emps'. Ret. Tr. v. Globe Life Inc.*, No. 4:24-cv-00376 (E.D. Tex.) (Appointed)
- *In re Integra LifeSciences Holdings Corp. Sec. Litig.*, No. 3:23-cv-20321 (D.N.J.) (Appointed)
- *In re Virtu Fin., Inc. Sec. Litig.*, No. 1:23-cv-03770 (E.D.N.Y.) (Appointed)
- *In re Barclays PLC Sec. Litig.*, No. 1:22-cv-08172 (S.D.N.Y.) (Not Appointed)
- *San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc.*, No. 1:22-cv-06339 (S.D.N.Y.) (Appointed)
- *Parot v. Clarivate plc*, No. 22-cv-00394 (E.D.N.Y.) (Appointed)

7.　　　Birmingham will not accept any payment for serving as a representative party on behalf of the Class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses

(including lost wages) directly relating to the representation of the Class as ordered or approved by the

Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of December, 2024.

CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM

Jay Turner
Fund Counsel

# Schedule A

**HASBRO INC**  **Ticker:** **HAS**  **Cusip:** **418056107**
Class Period: 02/07/2022 to 10/25/2023

| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM | | DATE | SHARES | PRICE |
|---|---|---|---|---|
| | **Purchases:** | 4/5/2022 | 10,100 | $84.94 |
| | | 4/7/2022 | 9,650 | $83.71 |
| | | 4/7/2022 | 5,400 | $84.35 |
| | | 4/18/2022 | 4,800 | $83.57 |
| | | 6/15/2022 | 4,250 | $82.01 |
| | | 7/21/2022 | 3,350 | $80.92 |
| | | 10/6/2022 | 6,900 | $68.27 |
| | | 12/20/2022 | 9,600 | $55.04 |
| | | 2/24/2023 | 4,750 | $56.40 |
| | **Sales:** | 4/27/2022 | 1,300 | $89.99 |
| | | 12/19/2022 | 3,400 | $57.06 |
| | | 4/14/2023 | 3,800 | $52.36 |
| | | 9/6/2023 | 6,100 | $73.11 |