# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 02/07/2022 to 10/25/2023**

**HASBRO INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| **HAS** | **418056107** | **2414580** | **US4180561072** | **$47.78082** | * |

**CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 4/5/2022 | 10,100 | $84.94 | -$857,894.00 |
| Purchase | 4/7/2022 | 9,650 | $83.71 | -$807,801.50 |
| Purchase | 4/7/2022 | 5,400 | $84.35 | -$455,490.00 |
| Purchase | 4/18/2022 | 4,800 | $83.57 | -$401,136.00 |
| Purchase | 6/15/2022 | 4,250 | $82.01 | -$348,542.50 |
| Purchase | 7/21/2022 | 3,350 | $80.92 | -$271,082.00 |
| Purchase | 10/6/2022 | 6,900 | $68.27 | -$471,063.00 |
| Purchase | 12/20/2022 | 9,600 | $55.04 | -$528,384.00 |
| Purchase | 2/24/2023 | 4,750 | $56.40 | -$267,900.00 |
| **Class Period purchases:** | | **58,800** | | **-$4,409,293.00** |
| Sale | 4/27/2022 | 1,300 | $89.99 | $116,987.00 |
| Sale | 12/19/2022 | 3,400 | $57.06 | $194,004.00 |
| Sale | 4/14/2023 | 3,800 | $52.36 | $198,968.00 |
| Sale | 9/6/2023 | 6,100 | $73.11 | $445,971.00 |
| **Class Period sales (matched to Class Period purchases):** | | **14,600** | | **$955,930.00** |
| | LIFO Retained Purchases: | 44,200 | $47.78082 | $2,111,912.23 |

**\* Value of retained shares is the mean trading price from 10/26/2023 to 01/24/2024**          **LIFO Gain/(Loss):  -$1,341,450.77**