# EXHIBIT D



# FIRM RESUME

www.scott-scott.com

Scott+Scott specializes in the investigation and prosecution of complex actions across the globe – recovering billions for its clients.  The Firm has extensive experience litigating securities fraud, antitrust, consumer and other complex cases and is a pioneer in structured finance monitoring for client portfolios. We represent individual, institutional, and multinational clients in the United States, United Kingdom, and European courts, offering a one-stop shop for international recoupment.



# THE FIRM

Scott+Scott was founded in 1975 and began its securities litigation practice in 1997.  The Firm has since grown into one of the most respected U.S.-based law firms specializing in the investigation and prosecution of complex securities, antitrust and other commercial actions in both the United States and Europe.  Today, the Firm is comprised of more than 135 team members, including more than 100 attorneys supported by a seasoned staff of paralegals, IT and document management professionals, financial analysts, and in-house investigators.

Scott+Scott's largest offices are in New York, N.Y. and San Diego, C.A., with additional U.S. offices located in Connecticut, Arizona, Delaware, Nebraska, Ohio, Texas, and Virginia.  The Firm's European offices are currently located in London, Amsterdam, and Berlin.

Scott+Scott has extensive experience litigating cases on behalf of our institutional and individual clients throughout the United States, having served as court-appointed lead or co-lead counsel in numerous securities, antitrust, and consumer class actions, as well derivative and other complex proceedings, in both state and federal courts.  The Firm also represents large investors and numerous corporations in commercial and other litigation in courts within the European Union (EU) and the United Kingdom.

Scott+Scott's attorneys are recognized experts and leaders in complex litigation and corporate governance.  They have been regular speakers on CLE panels as well as at institutional investor educational conferences around the world and before boards of directors and trustees responsible for managing institutional investments.  Scott+Scott attorneys educate institutional investors and governmental entities on the importance of fulfilling fiduciary obligations through the adoption of appropriate asset recovery services, as well as through the development and enforcement of corporate governance initiatives.  The Firm's vast experience in structured debt financial litigation has also enabled us to provide clients with in-depth monitoring of their structured finance products, which often come with substantial undisclosed risks due to investors' limited ability to assess what they are acquiring.  The Firm also has experience evaluating and monitoring for our clients' debt and debentures originating from private placements and non-public companies, including municipal bonds and derivatives.

# SECURITIES AND CORPORATE GOVERNANCE

Scott+Scott has extensive experience litigating claims for violations of the federal securities laws on behalf of our municipal, institutional, and individual investor clients, serving as lead counsel in numerous securities class actions brought under the Securities Act of 1933, the Securities Exchange Act of 1934, and other statutes.

Scott+Scott recognizes that, particularly since the passage of the Private Securities Litigation Reform Act of 1995, bringing successful claims for violations of the federal securities laws requires not only significant litigation experience, but also the ability to bring to bear the skills of its in-house investigators and financial analysts (and often outside consultants) to build a case that can survive both early-stage motions to dismiss and later stage motions for summary judgment.  Our philosophy is also based on our view that efforts to negotiate a successful settlement are typically built on the quality of pre-filing investigation diligence, and our willingness to litigate deep into discovery and, if necessary, through summary judgment and trial.

Our securities litigators have experience practicing in state and federal courts across the country. The Firm's attorneys have regularly retained and worked with leading accounting experts, damages experts, and relevant industry experts to build their clients' cases against defendants involved in virtually every type of industry, from pharmaceuticals to dot.coms, from retailers to manufacturers, and from investment banks to accounting firms.  The Firm has also submitted *amicus curiae* briefs to the United States Supreme Court on behalf of its clients on important securities laws issues, including in support of the plaintiffs in *California Public Emps.' Ret. Sys. ANZ Securities, Inc.*, 137 S. Ct. 2042 (2017) and *Cyan Inc. v. Beaver County Emp. Ret. Fund*, 138 S. Ct. 1061 (2018).

When appropriate, Scott+Scott prosecutes actions on a class or individual basis.  Through our commitment to the best interests of those the Firm represents, Scott+Scott has successfully obtained exceptional monetary results and precedent-setting corporate governance reforms on behalf of investors.

# SECURITIES CASE EXAMPLES

**Securities class actions where Scott+Scott currently serves as lead or co-lead counsel include**:

• *Severt v. UiPath, Inc.*, No. 1:23-cv-07908 (S.D.N.Y.);

• *City of Omaha Police and Firefighters Ret. Sys. v. Cognyte Software Ltd.*, No. 1:23-cv-01769 (S.D.N.Y.);

• *In re Yatsen Holding Limited Sec. Litig.*, No. 1:22-cv-08165 (S.D.N.Y.);

• *Gupta v. Athenex, Inc.*, No. 21-cv-337 (W.D.N.Y.);

• *Silverberg v. DryShips Inc.*, No. 2:17-cv-04547 (E.D.N.Y.);

• *City of Southfield Fire and Police Retirement System v. Hayward Holdings, Inc.*, No. 2:23-cv-04146 (D.N.J.);

• *In re SentinelOne, Inc. Sec. Litig.*, No. 4:23-CV-02786 (N.D. Cal.);

• *Sundaram v. Freshworks, Inc.*, No. 3:22-cv-06750 (N.D. Cal.);

• *Strezsak v. Ardelyx Inc.*, No. 4:21-cv-05868 (N.D. Cal.);

• *Golubowski v. Robinhood Mkts.*, No. 3:21-cv-09767 (N.D. Cal.);

• *In re Vaxart, Inc. Sec. Litig.*, No. 3:20-cv-05949 (N.D. Cal.);

• *City of Birmingham Relief and Ret. Sys. v. Acadia Pharms. Inc.*, No. 3:21-cv-00762 (S.D. Cal.);

• *Frouws v. Edgio, Inc.*, et al., No. CV-23-00691 & No. CV-23-01170 (D. Az.);

• *In re Infinity Q Divers. Alpha Fund Sec. Lit.*, No. 651295/2021 (N.Y. Supr. Ct. N.Y. Cnty.);

• *Patel v. Viatris, Inc.*, No. GD-21-13314 (Pa. Ct. Com. Pl.)

• *In re Cloudera, Inc. Secs. Litig.*, No. 19CV348674 (Cal. Super. Ct. Santa Clara Cnty.);

• *In re Slack Techs., Inc. S'holder Litig.*, No. 19CIV05370 (Cal. Super. San Mateo Cnty.);

• *Mancour v. SmileDirectClub, Inc.*, No.: 19-1169-IV (Tenn. Chancery Ct, Davidson Cnty.).

**Securities class actions which have been resolved where Scott+Scott served as lead or co-lead counsel include:**

• *Alaska Elec. Pension Fund v. Pharmacia Corp.*, No. 03-cv-01519 (D.N.J.) ($164 million settlement);

• *Thurber v. Mattel, Inc.*, No. 2:99-cv-10368 (C.D. Cal.) ($122 million);

• *In re LendingClub Corp. S'holder Litig.*, No. CIV 537300 (Cal. Super. Ct, San Mateo Cnty.) (part of $125 global settlement);

• *In re Micro Focus Int'l plc Sec. Litig.*, Lead Case No. 18CIV01549 (CA Super. Ct. San Mateo Cnty.) ($107.5 million settlement);

• *Okla. Firefighters Pens. vs. Newell Brands Inc.*, No. L-003492-18 (N.J. Sup. Ct. Hudson Cnty.) ($102.5 million settlement);

• *In re Priceline.com, Inc. Sec. Litig.*, No. 00-cv-01884 (D. Conn.) ($80 million settlement);

• *Irvine v. ImClone Sys., Inc.*, No. 02-cv-00109 (S.D.N.Y.) ($75 million settlement);

• *Cornwell v. Credit Suisse Grp.*, No. 08-cv-03758 (S.D.N.Y.) ($70 million settlement);

• *Policemen's Annuity & Benefit Fund of Chi. v. Bank of Am., N.A.*, No. 12-cv-02865 (S.D.N.Y.) ($69 million settlement);

• *In re Nw. Corp. Sec. Litig.*, No. 4:03-cv-04049 (D.S.D.) ($61 million);

• *In re SanDisk LLC Sec. Litig.*, No. 15-cv-01455 (N.D. Cal.) ($50 million settlement);

• *In re Sprint Sec. Litig.*, No. 00-230077 (Mo. Cir. Ct., Jackson Cnty.) ($50 million);

• *In re Emulex Corp. Sec. Litig.*, No. 8:01-cv-00219 (C.D. Cal.) ($39 million);

• *Weston v. RCS Cap. Corp.*, No. 14-cv-10136 (S.D.N.Y.) ($31 million settlement);

• *In re Greensky Sec. Litig.,* No. 1:18 Civ. 11071 (S.D.N.Y.) ($27.5M settlement);

• *Schnall v. Annuity & Life Re (Holdings) Ltd.*, No. 3:02-cv-02133 (D. Conn.) ($27 million);

• *In re Wash. Mut. Mortg.-Backed Sec. Lit.*, No. 2:09-cv-00037 (W.D. Wash.) ($26 million recovery);

• *ATRS v Insulet Corp.*, No. 15-12345 (D. Mass.) ($19.5 million settlement);

• *In re King Digit. Ent. PLC S'holder Litig.*, No. CGC-15-544770 (Cal. Sup. Ct. San Francisco Cnty.) ($18.5 million settlement);

• *In re Evoqua Water Corp. Sec. Litig.,* No. 1:18-cv-10320 (S.D.N.Y) ($16.65 million settlement);

• *In re Conn's, Inc. Secs. Litig.*, No. 4:14-cv-00548 (S.D. Tex.) ($22.5 million settlement);

• *In re DouYu Int'l Hold'gs Ltd. Sec. Litig.*, No. 651703/2020 (N.Y. Supr. Ct. N.Y. Cnty.) ($15 million settlement);

• *Abadilla v. Precigen, Inc.*, No. 5:20-cv-06936 (N.D. Cal.) ($13 million settlement);

• *Collins v. Oilsands Quest Inc.*, No. 11 Civ. 1288 (S.D.N.Y.) ($10.235 million settlement);

• *Kaplan v. S.A.C. Cap. Advisors, L.P.*, No. 1:12cv-9350 (S.D.N.Y.) ($10 million settlement);

• *Rosenberg v. Cliffs Natural Res. Inc.*, No. CV 14 828140 (Ct. Common Pleas Cuyahoga Cnty. Ohio) ($10 million settlement);

• *Erie Cnty. Empl. Ret. Sys. v. NN, Inc*., No. 656462/2019 (N.Y. Supr. Ct. N.Y. Cnty.) ($9.5 million settlement);

• *In re Endochoice Holdings, Inc., Sec. Litig.,* No. 2016 CV 277772 (Ga. Sup. Ct. Fulton Cnty) ($8.5 million settlement);

• *Okla. Police Pension Fund & Ret. Sys. v. Jagged Peak Energy, Inc.*, No. 2017 CV 31757 (Colo. Dist. Ct., Denver Cnty.) ($8.25 million settlement);

• *In re Netshoes Secs. Litig.*, No. 157435/2018 (N.Y. Sup. Ct. N.Y. Cnty.) ($8 million settlement);

• *City of Omaha Police & Fire Ret. Sys. v. LHC Grp, Inc.*, No. 6:12-CV-01609 (W.D. La.) ($7.85 million settlement);

• *In re Pac. Coast Oil Trust Secs. Litig.*, No. BC550418 (Cal. Sup. Ct. Los Angeles Cnty.) ($7.6 million settlement);

• *In re Pacific Biosci. of C.A., Inc. Sec. Litig.* (Cal. Sup. Ct. San Mateo Cnty.) ($7.6 million recovery);

• *Plymouth Cnty. Contributory Ret. Sys. v. Adamas Pharms., Inc.*, No. RG19018715 (Cal. Sup. Ct. Alameda Cnty.) ($7.5M settlement);

• *St. Lucie Cnty. Fire Dist. Firefighters' Pens. Trust v. Southwestern Energy Co.*, No. 2016-70651 (Tex. Dist. Ct. Harris Cnty.) ($7 million settlement);

• *Jochims v. Oatly Group AB*, No. 1:21-cv-06360 (S.D.N.Y.);

• *Pompano Beach Police and Firefighters Ret. Sys. v. Olo Inc.*, No. 1:22-cv-08228 (S.D.N.Y.); and

• *Mo-Kan Iron Workers Pension Fund v. Teligent, Inc.*, No. 1:19-cv-03354 (S.D.N.Y.) ($6 million settlement).

# SHAREHOLDER DERIVATIVE CASE EXAMPLES

**Shareholder derivative actions where Scott+Scott currently serves in a sole or leadership role include**:

• *In re Facebook Derivative Litig.*, Consol. No. 2018-0307 (Del. Ch.)

• *Evergreen Capital Mgmt. LLC v. Pacific Coast Energy Co. LP*, No. 20STCV26290 (Cal. Sup. Ct.)

• *In re Alphabet, Inc., S'holder Deriv. Litig.*, No. 3:21-cv-09388-RS (N.D. Cal.)

• *Lindsey v. Immelt*, Index No. 202019718 (N.Y. Sup. Ct.)

• *Bottoni v. Hernandez*, No. 20-cv-01442 (S.D.Tex.)

• *Savage v. Kotick*, No. 22STCV17478 (Cal. Sup. Ct.)

• *In re Exelon Corp. Deriv. Litig.*, No. 1:21-cv-03611 (N.D. Il.)

• *Presura v. Casey*, (Del. Ch.)

• *Trimm v. Schultz*, (Wash. Sup. Ct., Kings County)

• *In re Abbott Laboratories Infant Formula Shareholder Deriv. Litig.*, No. 1:22-cv-05513 (N.D. Ill.)

**Representative shareholder derivative actions litigated by Scott+Scott which have been successfully resolved include**:

• *Irving Firemen's Relief & Ret. Fund v. Page*, C.A. No. 2019-0355-Sg (Del. Ch. 2020) ($310 million in funding for corporate governance reform programs over 10 years);

• *In re DaVita Healthcare Partners Deriv. Litig.*, No. 13-cv-01308 (D. Colo.) (corporate governance reforms valued at $100 million);

• *Buffalo Grove Police Pension Fund v. Diefenderfer*, No. 19-cv-00062 (E.D. Pa.) (claims vs. Navient Corp. officers & directors settled for corporate governance reforms valued at $139 million);

• *Tharp v. Acacia Commc'ns, Inc.*, No 1:17-cv-11504 (D. Mass.) (claims vs. company and corporate officers & directors settled for corporate governance reforms valued at $57-$71 million);

• *N. Miami Beach Gen. Emps. Ret. Fund v. Parkinson*, No. 10-cv-06514 (N.D. Ill.) (corporate governance reforms valued between $50 and $60 million);

• *In re Marvell Tech. Grp. Ltd. Deriv. Litig.*, No. 06-cv-03894 (N.D. Cal.) ($54.9 million settlement and corporate governance reforms);

•*Rudi v. Wexner*, No. 2:20-cv-3068 (S.D. Ohio) ($90 million in funding for corporate governance reform programs over at least 5 years);

•*In re Universal Health Servs., Inc. Derivative Litig.*, No. 2:17-cv-02187 (E.D. Pa.) (Settled for corporate governance reforms conservatively valued at $110 million);

• *In re Altria Group, Inc. Deriv. Litig.*, Consol. No. 3:20-cv-00772 (E.D. Va.) (successfully resolved for corporate governance reforms with multi-year funding commitment of $117 million);

• *In re Symantec Corp. S'holder Deriv. Litig.*, Consol. C.A. No. 2019-0224-JTL (Del. Ch.) (successfully resolved for $12 million cash payment to company and corporate governance reforms); and

• *In re World Wrestling Ent., Inc. Deriv. Stockholder Litig.*, Consolidated C.A. No. 2023-0039-JTL (Del. Ch.)



# ACCOLADES

**U.S. News & World Report "Best Law Firms"**

The Firm is currently ranked by U.S. News & World Report as a "Best Law Firm" in commercial litigation in the New York region.

**American Antitrust Institute**

The 2018 Antitrust Annual Report recognized *In re Foreign Currency Benchmark Rates Antitrust Litigation* as the #1 settlement of 2018, as well as ranking the Firm #1 nationally for aggregate settlements: 2013-2018.

**Global Competition Review**

At the 6th Annual Global Competition Review ("GCR") Awards, Scott+Scott won for Litigation of the Year – Cartel Prosecution, which recognized the Firm's efforts in the foreign exchange settlements in the United States, a landmark case in which major banks conspired to manipulate prices paid in the $5.3 trillion-per-day foreign exchange market and have thus far settled for more than $2 billion.

**Law 360 Glass Ceiling Report**

Scott+Scott is recognized as one of the top law firms in the nation for female attorneys by the legal publication Law360.  The Glass Ceiling Report honors firms that "are demonstrating that the industry's gender diversity goals can turn into a measurable result, and boost the number of women at all levels of a law firm."[1,2]  This selection highlights the importance Scott+Scott places on diversity and inclusion within the Firm.

**Center for Constitutional Rights**

Scott+Scott was the recipient of the 2010 Center for Constitutional Rights' Pro Bono Social Change Award for its representation of the Vulcan Society, an association of African-American firefighters, in challenging the racially discriminatory hiring practices of the New York City Fire Department.

[1] https://www.law360.com/articles/1310926
[2] https://www.law360.com/articles/1162859/the-best-law-firms-for-female-attorneys.

     



# WORLD-CLASS ATTORNEYS

We pride ourselves on the caliber of legal talent on our team.  In addition to some of the best and brightest rising stars, we have attorneys who have served with distinction in the U.S. Department of Justice, been admitted to the U.S. Supreme Court, served in OAGs at the state level, argued before the UK's CAT and High Courts, and received virtually every accolade offered in our profession.





# ADMISSIONS

**U.S. Admissions:** United States Supreme Court; United States Courts of Appeal for the First, Second, Third, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; United States District Courts for the Districts of California (Northern, Southern, Eastern, and Central), Colorado, Connecticut, Florida (Northern), Illinois (Northern), Massachusetts, Michigan (Eastern), Missouri (Eastern), New Jersey, New York (Southern, Eastern, and Western), Ohio (Northern and Southern), Pennsylvania (Eastern and Western), Texas (Northern, Western, and Southern), Wisconsin (Eastern and Western), and the District of Columbia; and the courts of the States of Arizona, California, Connecticut, Delaware, Florida, Maryland, Pennsylvania, Massachusetts, Nebraska, New Jersey, New York, Ohio, West Virginia, Wisconsin, Texas, and the District of Columbia.



# ATTORNEY BIOGRAPHIES

## DAVID R. SCOTT

### PRACTICE EMPHASIS

Managing Partner David R. Scott represents multinational corporations, hedge funds, and institutional investors in high-stakes, complex litigation, including antitrust, commercial, and securities actions.

### ADMISSIONS

States of New York, Pennsylvania, and Connecticut; United States Tax Court; United States Courts of Appeal: Second, Third, and Fifth Circuits; United States District Courts: Southern District of New York, Connecticut, Eastern District of Pennsylvania, Northern and Southern Districts of Texas, and Colorado

### EDUCATION

New York University School of Law (LL.M. in taxation); Temple University School of Law (J.D., Moot Court Board, 1989); St. Lawrence University (B.A., cum laude, 1986)

### HIGHLIGHTS

Mr. Scott is the Managing Partner of Scott+Scott with offices in New York, Amsterdam, London, Berlin, California, Connecticut, Virginia, Arizona, and Ohio.

In addition to managing the firm's lawyers worldwide, Mr. Scott advises some of the world's largest multinational corporations in cartel damages and other complex matters. He has been retained to design corporate policies for the global recoupment of losses, and transatlantic private enforcement programs.

He currently represents multinational companies and hedge funds in cases involving, among other things, price-fixing in the trucks, foreign exchange, high voltage power cables, cardboard, and payment card sectors.

Mr. Scott's antitrust cases in the United States have resulted in significant recoveries for victims of price-fixing cartels. Among other cases, Mr. Scott served as co-lead counsel in *Dahl v Bain Cap. Partners*, No. 1:07-cv-12388 (D. Mass.), an action alleging that the largest private equity firms in the United States colluded to suppress prices that shareholders received in leveraged buyouts and that the defendants recently agreed to settle for $590.5 million. He was lead counsel in *Red Lion Med. Safety v. Ohmeda*, No. 06-cv-1010 (E.D. Cal.), a lawsuit alleging that Ohmeda, one of the leading manufacturers of medical anesthesia equipment in the United States, excluded



independent service organizations from the market for servicing its equipment. The case was successfully resolved in settlement negotiations before trial.

Mr. Scott has received widespread recognition for his antitrust and competition law work. He has been elected to Who's Who Legal: Competition 2015- 2020, which lists the world's top antitrust and competition law lawyers, selected based on comprehensive, independent survey work with both general counsel and lawyers in private practice around the world. He has also received a highly recommended ranking by Benchmark Litigation for each of the years 2013-2015. In addition, Mr. Scott is continually recognized in the U.S. by Best Lawyers and Super Lawyers.

In addition to his extensive competition law work, Mr. Scott has also taken the lead in bringing claims on behalf of institutional investors, such as sovereign wealth funds, corporate pension schemes, and public employee retirement funds. For example, he has been retained to pursue losses against mortgaged-backed securities trustees for failing to protect investors. He also represented a consortium of regional banks in litigation relating to toxic auction rate securities ("ARS") and obtained a sizable recovery for the banks in a confidential settlement. This case represents one of the few ARS cases in the country to be successfully resolved in favor of the plaintiffs.

Mr. Scott is frequently quoted in the press, including in publications such as The Financial Times, The Economist, The Guardian, The Daily Telegraph, The Wall Street Journal, and Law360. He is regularly invited to speak at conferences around the world and before Boards of Directors and trustees responsible for managing institutional investments.



# DEBORAH CLARK-WEINTRAUB

**PRACTICE EMPHASIS**

Deborah Clark-Weintraub has extensive experience in all types of class action litigation.

**ADMISSIONS**

State of New York; United States Courts of Appeal: First, Second, Sixth, Seventh and Eighth Circuits; United States District Courts: Southern and Eastern Districts of New York, Eastern District of Michigan and Eastern District of Wisconsin

**EDUCATION**

Hofstra Law School, Hempstead, NY (J.D., with distinction, 1986); St. John's University, Queens, NY (B.A., *summa cum laude*, 1981)

**HIGHLIGHTS**

Ms. Weintraub is a partner in the firm's New York office and focuses her practice on securities litigation.

Ms. Weintraub has represented investors in numerous cases that have resulted in substantial recoveries, including *In re Oxford Health Plans, Inc. Securities Litigation*, MDL No. 1222 (S.D.N.Y.) ($300 million settlement); *In re CVS Corporation Securities Litigation*, No. 01-11464 (D. Mass.) ($110 million settlement); *Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, NA*, No. 1:12-cv-2865 (S.D.N.Y.) ($69 million settlement); *In re SanDisk LLC Securities Litigation*, No. 3:15-cv-01455-VC (N.D. Cal.) ($50 million settlement); *Weston v. RCS Capital Corp.*, No. 1:14-cv-10136 (S.D.N.Y.) ($31 million settlement); and *In re Conn's, Inc. Securities Litigation*, No. 4:14-cv-00548 (S.D. Tex.) ($22.5 million settlement), among others.

Ms. Weintraub has also obtained substantial recoveries in consumer litigation, including *Young v. Wells Fargo & Co.*, No. 4:08-cv-00507-RP-CFB (S.D. Iowa) ($25.7 million settlement).

Ms. Weintraub is currently representing investors in several ongoing securities class action cases, including *Oklahoma Firefighters Pension and Ret. Sys. v. Newell Brands, Inc.*, No. HUD-L-003492-18 (N.J. Super. Ct.); *In re Lyft, Inc. Securities Litigation*, No. CGC-19-575293 (Cal. Super. Ct.); *Erie County Emps. Ret. Sys. v. NN, Inc.*, No. 656462/2019 (N.Y. Sup. Ct.); *In re JPMorgan Precious Metals Spoofing Litigation*, No. 1:18-cv-10356-GHW (S.D.N.Y.); *In re Merrill, BOFA, and Morgan Stanley Spoofing Litigation*, No. 19-cv-6002 (LJL) (S.D.N.Y.); and *City of Warren Police & Fire Ret. Sys. v. CVS Health Corp.*, No. PC-2019-5658 (R.I. Super. Ct.).



Ms. Weintraub is the co-author of *Gender Bias and the Treatment of Women as Advocates,* Women in Law (1998), and the *Dissenting Introduction* defending the merits of securities class action litigation contained in the 1994 monograph *Securities Class Actions: Abuses and Remedies*, published by the National Legal Center for the Public Interest.

While in law school, Ms. Weintraub was a member and research editor of the *Hofstra Law Review*. Following her graduation from Hofstra Law School, Ms. Weintraub served as a law clerk to the Honorable Jacob Mishler, United States District Judge for the Eastern District of New York (1986-1987).

Super Lawyers 2019 - 2021



# THOMAS LAUGHLIN

**PRACTICE EMPHASIS**

Thomas Laughlin's practice focuses on securities class action, shareholder derivative, ERISA, and other complex commercial litigation.

**ADMISSIONS**

State of New York; United States Courts of Appeal: Second, Third, Ninth, and Eleventh Circuits; United States District Courts: Southern and Eastern Districts of New York, Northern District of Florida, District of Columbia, and Eastern District of Michigan

**EDUCATION**

New York University School of Law (J.D., *cum laude*, 2005); Yale University (B.A. History, *cum laude*, 2001)

**HIGHLIGHTS**

Mr. Laughlin is a partner in the New York office and focuses on securities class action, shareholder derivative, ERISA, and other complex commercial litigation.  After graduating from law school, Mr. Laughlin clerked for the Honorable Irma E. Gonzalez, United States District Court Judge for the Southern District of California.

While at Scott+Scott, Mr. Laughlin has worked on several cases that have achieved notable victories, including *Cornwell v. Credit Suisse*, No. 08-3758 (S.D.N.Y.) (securities settlement of $70 million), *In re SanDisk LLC Securities Litigation*, No. 3:15-CV-01455-VC (N.D. Cal.) (securities settlement of $50 million); *Weston v. RCS Capital Corp.*, No. 1:14-cv-10136-GBD (S.D.N.Y.) (securities settlement of $31 million); *In re King Digital Entertainment plc Shareholder Litigation*, No. CGC-15-544770 (Cal. Super. Ct. San Francisco Cnty.) (securities settlement of $18.5 million); and *Rubenstein v. Oilsands Quest Inc.*, No. 11-1288 (S.D.N.Y.) (securities settlement of $10.235 million).

Mr. Laughlin also has significant appellate experience, having represented clients in connection with several appellate victories, including *Cottrell v. Duke*, 737 F.3d 1238 (8th Cir. 2013); *Westmoreland County Employee Ret. Sys. v. Parkinson*, 727 F.3d 719 (7th Cir. 2013); *Pfeil v. State Street Bank and Trust Co.*, 671 F.3d 585 (6th Cir. 2012); *and King v. VeriFone Holdings, Inc.*, 12 A.3d 1140 (Del. Sup. 2011).

In 2014, Mr. Laughlin was co-chair of a 13-day bench trial in *Bankers' Bank Northeast v. Berry, Dunn, McNeil & Parker, LLC*, No. 12-cv-00127 (D. Me.).  He represented a consortium of 10 community banks asserting negligence and professional malpractice claims against the former officers and



directors of a bank and its auditor in connection with an $18 million loan made to that bank in September 2008. Among other things, Mr. Laughlin conducted the cross-examination of all three witnesses from the defendant's auditing firm and the direct examination of plaintiff's auditing expert. The parties to the action succeeded in resolving the action after trial.

Mr. Laughlin has also been named a Super Lawyer for 2021.



# DONALD A. BROGGI

**PRACTICE EMPHASIS**

Mr. Broggi is engaged in the Firm's securities, antitrust, mass tort, and consumer litigation practices.

**ADMISSIONS**

States of New York and Pennsylvania

**EDUCATION**

Duquesne University School of Law (J.D., 2000); University of Pittsburgh (B.A., 1990)

**HIGHLIGHTS**

Mr. Broggi is a partner in the Firm's New York office and has represented institutional investors, including public pension funds and Taft-union funds in a variety of complex cases, including: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-07789 (S.D.N.Y.): an antitrust class action alleging the world's largest banks conspired to fix the price of foreign currencies ($2.3 billion in settlements to date); *Alaska Elec. Pension Fund v. Bank of Am. Corp.*, No. 14-cv-07126 (S.D.N.Y.): an antitrust class action alleging the world's largest banks conspired to manipulate the ISDAfix rate ($504 million settlement); *Dahl v. Bain Capital Partners*, No. 07-cv-12388 (D. Mass.): an antitrust class action alleging that the nation's largest private equity firms, including KKR, Blackstone, TPG, Carlyle, Bain Capital, and Goldman Sachs, colluded to restrain competition and suppress prices paid to shareholders of public companies in connection with multi-billion dollar leveraged buyouts ($590.5 million settlement); *In re GSE Bonds Antitrust Litigation*, No. 19-cv-01704 (S.D.N.Y.): an antitrust class action alleging manipulation in the market for bonds issued by Government-Sponsored Entities, *e.g.*, Freddie Mac and Fannie Mae ($386.5 million settlement pending final approval); *Irvine v. ImClone Sys., Inc.*, No. 02-cv-00109 (S.D.N.Y.): a securities fraud class action alleging that defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 by issuing materially false and misleading statements to the market regarding the cancer drug Erbitux ($75 million settlement); *In re Wash. Mut. Mortg.-Backed Sec. Litigation*, No. 09-cv-00037 (W.D. Wash.): a securities fraud class action against Washington Mutual Bank alleging violations of §11 of the Securities Act for misleading investors about the quality of their mortgage-backed securities ($69 million settlement); *In re SanDisk LLC Sec. Litigation*, No. 15-cv-01455 (N.D. Cal.): a securities fraud class action alleging that defendants intentionally inflated the price of the Company's stock by making false and misleading statements and concealing information relating to SanDisk's business, operations, and prospects ($50 million settlement); and *Arkansas Teacher Retirement System v. Insulet Corp.*, No. 15-cv-12345 (D. Mass.): a securities fraud class action alleging Insulet Corporation intentionally inflated the price of the Company's stock by issuing false and misleading statements concerning Insulet's launch of its new insulin infusion system, branded the OmniPod Eros ($19.5 million settlement), among others.



Currently, Mr. Broggi is also representing cities, counties, and other municipalities from Massachusetts, Pennsylvania, New Jersey, and Florida in both state and federal litigation against the manufacturers and distributors of opioid medications.

Mr. Broggi also works with the Firm's institutional investor clients, including hundreds of public pension systems and Taft-Hartley funds throughout the United States, to confirm their funds have proper safeguards in place to ensure against corporate malfeasance, and regularly consults with institutional investors in the United States on issues relating to corporate fraud in the U.S. securities markets, as well as corporate governance issues and shareholder litigation.

Mr. Broggi has lectured at institutional investor conferences throughout the United States on the value of shareholder activism as a necessary component of preventing corporate fraud abuses, including the Texas Association of Public Employee Retirement Systems, Georgia Association of Public Pension Trustees, Michigan Association of Public Retirement Systems, Illinois Public Pension Fund Association, and the Pennsylvania Association of County Controllers, among others.

SCOTT + SCOTT

# LOUIS F. BURKE

**PRACTICE EMPHASIS**

Louis F. Burke is based in New York City and serves as Of Counsel to the Firm as an expert in commodities/futures litigation before federal and state courts, arbitration proceedings before securities and commodities exchanges and their regulatory counterparts, and administrative proceedings before the Commodity Futures Trading Commission ("CFTC") and the Securities and Exchange Commission ("SEC"). Mr. Burke has represented several lead plaintiffs in commodity market manipulation Class Action suits and has gained renown for his successful out-of-court resolution of disputes.

**ADMISSIONS**

State of New York; United States District Court: Southern District of New York, Eastern District of New York, Eastern District of Texas; United States Court of Appeals: Second Circuit; United States Tax Court

**EDUCATION**

New England School of Law (J.D., 1970); Boston University (B.S., B.A., 1966)

**HIGHLIGHTS**

- Worked for the enforcement division of the Securities Exchange Commission's New York Regional Office

- Has served as counsel in commodities, futures, and securities Class Action cases that have resulted in settlements exceeding $2.5 billion

- Has been a floor trading member of the Intercontinental Commodities Exchange and was President of The Volatility Exchange, Inc.

- Continually recognized by Super Lawyers

- Continually recognized by Best Lawyers

Mr. Burke worked for the enforcement division of the Securities Exchange Commission's New York Regional Office; was a floor trading member of the New York Board of Trade, formerly the New York Cotton Exchange (NYCA) and the New York Coffee, Sugar and Cocoa Exchange (CSCE); and served as the first in-house General Counsel for the Commodity Exchange, Inc. (Comex), a precious metals futures exchange, where he supervised the enforcement of the Comex Rules and By-Laws and also oversaw the Exchange's compliance with CFTC regulations.



An expert in arbitration proceedings, Mr. Burke has served as an Arbitrator for NFA, FINRA, NYCA, CSCE, Finex Europe, and the Intercontinental Commodities Exchange, Inc.  He has served as the appointed co-chair of the Class Action Committee, the Securities Litigation Committee, Alternative Dispute Resolution Committee and has been a member of Council of the Section of Litigation of the American Bar Association. He has also served on the Council for the ABA Section of Dispute Resolution where he is co-chair of the Arbitration Committee.  Mr. Burke is an author and editor of Alternate Dispute Resolution in the Futures Industry, the preeminent resource regarding the arbitration process in the securities and commodities industries.

Additionally, Mr. Burke is the author of Arbitrating Disputes in the Futures Industry, ABA Securities News (1998); Ponzi Schemes: Common Tactics, Red Flags, and a Selection of Cases, UIA 53rd Congress, Seville, Spain (2009) and Survey of Class Actions Alleging Violation of the CEA for Manipulation, ABA Business Law Section (2010).  He was a contributing editor to Energy Futures, McGraw Hill (1983) and International Derivatives Law, A Country by Country Analysis, Risk Publications (1996).

**REPRESENTATIVE CASES**

- *In Re Libor-Based Financial Instruments Antitrust Litig.*, 11 MD 2262 (NRB)

- *In Re Merrill, B of A and Morgan Stanley Spoofing Litig.*, No. 19–cv–06002 (LJL) (S.D.N.Y.)

- *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-7789 (LGS) (S.D.N.Y.) ($2.3 billion settlement)

- *In re:  Commodity Exchange, Inc. Gold Futures and Options Trading Litigation*, No. 14-md-02548-VEC (S.D.N.Y.)

- *In Re Crude Oil Commodity Futures Litigation*, No. 11-cv-3600-KBF (S.D.N.Y.) ($16.5 million settlement)

- *In Re:  Commodity Exchange Inc. Silver Futures and Options Trading Litigation*, No. 11-md-02213-RPP (S.D.N.Y.)

- *Deangelis v. Corzine, et al.*, No. 11-cv-07866-VM-JCF (S.D.N.Y.) ($100 million partial settlement with defendant JPMorgan)

- *In Re:  Platinum and Palladium Commodities Litig.*, No. 10-cv-3617-WHP (S.D.N.Y.) (proposed partial settlement of $48,400,000 plus a $35 million judgment and assignment)

- *In Re: Amaranth Natural Gas Commodities Litig.*, No. 07-cv-6377-SAS (S.D.N.Y.) ($77.1 million settlement)

- *Kohen v. Pacific Investment Management Co LLC*, No. 05-cv-4681-RAG (N.D. Ill.) ($118,750,000 settlement)

- *Cornerstone Propane Partners v. Reliant Energy, et al.*, No. 03-cv-06186-VM (S.D.N.Y.) ($100,800,000 settlement).

- *In Re: WorldCom, Inc. Securities Litig.*, No. 02-cv-03288-DLC (S.D.N.Y.) ($6.15 billion in settlement monies on behalf of the investor class; additional settlement of $38 million obtained in October 2012)

- *In Re: Global Crossing Ltd. Securities & "ERISA" Litig.*, No. 02-md-01472-GEL (S.D.N.Y.) (various partial settlements in the case, totaling $448 million)

- *Leider v. Ralfe, et al.*, No. 01-cv-03137-HB-FM (S.D.N.Y.) (settled with other pending class actions for an aggregate of $295,000,000 and substantial injunctive relief for the class)

- *In Re: Initial Public Offering Securities Litig.*, No. 01-cv-02014-WHP (S.D.N.Y.) (Pursuant to the Stipulation, a Settlement Fund consisting of $586 Million in cash has been established for the settlement of all of the 309 constituent Actions)



# MICHAEL BURNETT

**PRACTICE EMPHASIS**

Michael G. Burnett practices complex securities litigation at the firm, where he consults with institutional clients on corporate fraud in the securities markets as well as corporate governance issues.

**ADMISSIONS**

State of Nebraska; United States District Courts: District of Nebraska

**EDUCATION**

Creighton University School of Law (J.D., 1984); Creighton University (B.A. Finance, 1981)

**HIGHLIGHTS**

In addition to his work with the firm, Mr. Burnett has specialized in intellectual property and related law. His representations include: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (S.D.N.Y.) ($2 billion settlement); *Alaska Electrical Pension Fund v. Bank of America Corporation*, No. 14-cv-7126 (S.D.N.Y) ($325 million settlement); *Dahl v. Bain Capital Partners*, No. 07-cv-12388 (D. Mass.) ($590.5 million settlement).

Michael is also a member of the Nebraska Bar Association.

**PERSONAL LIFE**

Mike and his wife, Mary, are lifelong residents of Nebraska. The entire Burnett family (7 in all) share a special bond with Creighton University. Mike played collegiate golf on the Creighton Division 1 golf team. Mary is a graduate of Creighton University and the University of Nebraska Medical School and was until recently a practicing anesthesiologist. Mike and Mary have five children. Three children are graduates of Creighton and two are attending the University. Two dogs (Tyson and Luna) round out the Burnett family.



# PATRICK COUGHLIN

**PRACTICE EMPHASIS**

Patrick Coughlin is "of counsel" to the firm in the firm's San Diego office.  His primary practice focuses on securities and competition law.

**ADMISSIONS**

State of New York; New York State Supreme Court, Appellate Division, Third Judicial Department; State of California; District of Columbia; United States District Courts: Northern, Eastern, Southern, and Central Districts of California; United States District Court for the District of Columbia, the Northern District of Illinois, the Southern and Eastern Districts of New York; United States Court of Appeals for the Second, Fifth, Sixth, Seventh, Nineth, Eleventh Circuits, and D.C. Circuit; United States Supreme Court

**EDUCATION**

Golden Gate University School of Law (J.D., 1983); Santa Clara University (B.S., 1977)

**HIGHLIGHTS**

Patrick started his law career with the DOJ Criminal Division Appellate Section in the Honors Program handling numerous appeals in a number of circuits.  From there, Patrick moved on as an Assistant United States Attorney in the District of Columbia and the Southern District of California, handling complex white-collar fraud matters.  During this time, he helped try one of the largest criminal RICO cases ever prosecuted by the United States.  *United States v. Brown*, No. 86-3056-SWR (D.D.C.), as well as an infamous oil fraud scheme resulting in a complex murder-for-hire trial, *United States v. Boeckman*, No. 87-cr-00676 (S.D. Cal.).

Over his career, Patrick has tried more than 50 cases, including some of the most complex civil matters to go to trial against some of the largest companies in the World such as:  Apple, Nationwide, the large tobacco companies, Wells Fargo, and Credit Suisse.  Patrick was pivotal in the case against RJ Reyolds for using its Joe Camel cartoon mascot to target children and secured a multibillion-dollar payout for California cities and counties in the State's landmark 1998 settlement with the tobacco companies.  Patrick was also one of the lead attorneys who, representing the Class on a *pro bono* basis, recovered $25 million on behalf of Trump University students in a class action against former President Donald J. Trump.

Patrick has extensive federal appellate class action experience having argued dozens of appeals including a number of significant class cases such as **Enron**. *Regents of the Univ. of Cal v. Credit Suisse First Boston*, 482 F.3d 372 (5th Cir. 2007) (the largest securities Class recovery – $7.2 billion); **Aluminum**, *Eastman Kodak Co. v. Henry Bath LLC*, 935 F.3d 86 (2d Cir. 2019) (the most recent antitrust standing case



out of the Second Circuit); **America West**, *No. 84 Employee Teamster Joint Council Pension Trust Fund v. Am. W. Holding Corp.*, 320 F.3d 920 (9th Cir. 2003) (first securities case in the Ninth Circuit reversing a dismissal under the PSLRA); **AT&T**, *In re: Text Messaging Antitrust Litigation Aircraft Check Services Co. v. Verizon Wireless*, 782 F.3d 867 (7th Cir. 2015) (Seventh Circuit antitrust case dealing with conscious parallelism versus an express agreement); and *In re* **Payment Card Interchange Fee** *and Merchant Discount Antitrust Litigation*, 62 F.4th 704 (2d Cir. 2023) (the largest antitrust recovery – $6.2 billion). Patrick has argued in both the California and United States Supreme Courts. *See Harris v. Superior Court of California*, California Supreme Court Nos. S156555 and S205097 and *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005).

A talented athlete, Patrick received multiple scholarship offers to play football in his home State of Arizona including from the University of Arizona and Arizona State, ultimately choosing to go out of State to the University of Santa Clara where he played football and ran track. Just after college, Patrick traveled to Puebla, Mexico to coach football and attend medical school for a year before law school.



# WILLIAM C. FREDERICKS

**PRACTICE EMPHASIS**

William Fredericks' practice focuses primarily on litigating securities and other complex commercial class actions.

**ADMISSIONS**

New York state; United States Supreme Court; United States District Courts for the Southern and Eastern Districts of New York, and the District of Colorado; United States Courts of Appeal for the First, Second, Third, Sixth, and Tenth Circuits

**EDUCATION**

Columbia University Law School, (J.D., 1988); University of Oxford (M. Litt. in International Relations, 1985); Swarthmore College (B.A. in Political Science, high honors, 1983)

**HIGHLIGHTS**

Mr. Fredericks is a partner in the firm's New York office.  In addition to serving as lead counsel on behalf of investors in several pending securities fraud actions (including cases against Uber, Evoqua Water Technologies and EndoChoice Holdings).  Mr. Fredericks also represents investors in the pending FX antitrust litigation brought against over a dozen leading banks based on their involvement in manipulating foreign exchange ("FX") rates and spreads, and in pending proceedings relating to data security breaches at FaceBook, Inc.

Mr. Fredericks has represented investors as a lead or co-lead counsel for plaintiffs in dozens of securities class actions, including *In re Wachovia Preferred Securities and Bond/Notes Litigation* (S.D.N.Y.) (total settlements of $627 million, reflecting the largest recovery ever in a pure Securities Act case not involving any parallel government fraud claims); *In re Rite Aid Securities Litigation* (E.D. Pa.) (total settlements of $323 million, including the then-second largest securities fraud settlement ever against a Big Four accounting firm); *In re Sears Roebuck & Co. Sec. Litigation* (N.D. Ill.) ($215 million settlement, representing the then-largest §10(b) class action recovery in an action that did not involve either a financial restatement or parallel government fraud claims); *In re State Street Bank and Trust Co. ERISA Litigation* (S.D.N.Y.) (one of the largest ERISA class settlements to date); *In re King Digital Sec. Enter. PLC Shareholder Litigation* (Super. Ct. San Fran. Cty.) ($18.5 million settlement, representing one of the largest state court §11 class action recoveries to date); *Irvine v. ImClone Systems, Inc.* (S.D.N.Y.) ($75 million §10b settlement); *In re Insulet Sec. Litigation* (D. Mass) ($19.75 million §10b settlement), and *In re LendingClub Sec. Litigation* ($125 million §10b and §11 settlement).  A consortium of plaintiffs' counsel also chose Mr. Fredericks to present the



(successful) oral argument in opposition to defendants' efforts to dismiss (on grounds of standing) over fifteen separate securities fraud cases before a three judge panel in *In re Mutual Fund Investing Litigation* (*see* 519 F. Supp. 2d 580 (D. Md. 2007)), which later settled for a combined total of several hundred million dollars.  Mr. Fredericks also played a leading role on the team that obtained a rare 9-0 decision for securities fraud plaintiffs in the U.S. Supreme Court in *Merck & Co., Inc. v. Reynolds* (which later settled for $1.052 billion), and he has also co-authored amicus briefs on behalf of clients in a number of other Supreme Court cases (including *Halliburton*, *Amgen*, *ANZ Securities* and *Cyan*) involving various significant securities law issues.

Mr. Fredericks has also represented clients in litigating claims in federal bankruptcy court proceedings, and obtained substantial recoveries from a bankrupt corporation's officers, law firm and outside auditors on behalf of a court-appointed Trustee of a creditor's trust.  *See In re Friedman's, Inc.*, 394 B.R. 623 (S.D. Ga. 2008).  He also currently represents a class of large commercial customers of a bankrupt utility in breach of contract proceedings in *In re FirstEnergy Corp.,* pending before the U.S. Bankruptcy Court for the Northern District of Ohio.

At Columbia Law School, Mr. Fredericks was a three-time Harlan Fiske Stone Scholar, a Columbia University International Fellow, Articles Editor of *The Columbia Journal of Transnational Law*, and winner of Columbia's Beck Prize (property law), Toppan Prize (advanced constitutional law) and Greenbaum Prize (written advocacy).  A three-judge panel chaired by the late Justice Antonin Scalia also awarded Mr. Fredericks the Thomas E. Dewey Prize for best oral argument in the final round of Columbia's Stone Moot Court Honor Competition.  After clerking for the Hon. Robert S. Gawthrop III (E.D. Pa.) in Philadelphia, Mr. Fredericks spent seven years practicing securities and complex commercial litigation at Simpson Thacher & Bartlett LLP and Willkie Farr & Gallagher LLP in New York before moving to the plaintiffs' side of the bar in 1996.

Mr. Fredericks has been recognized in the 2012-21 editions of "America's Best Lawyers" in the field of commercial litigation, in "Who's Who in American Law" (Marquis), and in the New York City "Super Lawyers" listings for securities litigation (2013-21).  In 2020 (inaugural) and 2021 he was named to the LawDragon 500 Lead Plaintiff Attorney list.  He has been a frequent panelist on various securities litigation programs sponsored by the Practising Law Institute (PLI) – including ten years as a panelist on civil liabilities under the federal Securities Act – and has lectured overseas on American class action litigation on behalf of the American Law Institute/American Bar Association (ALI/ABA).  He is also the former chairman of the New York City Bar Association's Committee on Military Affairs and Justice, and a member of the Federal Bar Council.



# MAXWELL R. HUFFMAN

**PRACTICE EMPHASIS**

Maxwell R. Huffman's practice focuses on corporate governance, shareholder rights, and security litigation.

**ADMISSIONS**

State of California; United States District Courts: Eastern District of California, Northern District of California, Southern District of California, and Central District of California; United States Court of Appeal: Ninth Circuit

**EDUCATION**

Gonzaga University School of Law, (J.D., 2009); California State University, Sacramento, (B.A., 2005)

**HIGHLIGHTS**

Mr. Huffman is a partner in the Firm's Corporate Governance and Shareholders Rights practice group.

Mr. Huffman is a seasoned litigator with significant trial experience and a proven track record of achieving unprecedented results in stockholder class and derivative actions.  For example, Mr. Huffman was a member of the trial team for *In re Dole Food Co., Inc. S'holder Litig.*, where the Delaware Court of Chancery awarded over $148 million in damages, making it the largest post-trial judgment ever in a merger-related stockholder class action.  Over the last decade, Mr. Huffman's cases have resulted in more than $350 million in cash recoveries for stockholders and corporate restitution.

Mr. Huffman's work includes the following cases: *In re Dole Food Co., Inc. S'holder Litig.*, C.A. No. 9079-VCL (Del. Ch.) ($148 million post-trial damages award); *In re Tesla Motors, Inc. S'holder Litig.*, C.A. No. 12711-VCS (Del. Ch.) ($60 million settlement); *In re Garner Denver S'holder Litig.*, C.A. No, 8505-VCN (Del. Ch.) ($29 million settlement); *In re PLX Technology, Inc. S'holder Litig.*, C.A. No. 9880-VCL (Del. Ch. ($14.125 million settlement); and *In re BMC Software, Inc. S'holder Litig.*, C.A. No. 8544-VCG (Del. Ch.) (12.4 million settlement).

Mr. Huffman has received the following recognitions:

- Titan of the Industry by The American Lawyer

- Winning Litigator by The National Law Journal

- Member of the Daily Journal's "Top 40 Under 40" list

Mr. Huffman is also actively involved with legal education and regularly teaches courses on stockholder litigation

SCOTT
+
SCOTT

# JOHN T. JASNOCH

## PRACTICE EMPHASIS

John Jasnoch's practice areas include securities and antitrust class actions, shareholder derivative actions, consumer protection, commercial contracts, intellectual property, and other complex, high stakes litigation.

## ADMISSIONS

State Supreme Courts: California; United States District Courts: Southern, Central, and Northern Districts of California; United States Court of Appeal: Ninth Circuit

## EDUCATION

University of Nebraska, College of Law (J.D., 2011); Creighton University (B.A., Political Science and International Relations, *cum laude*, 2007)

## HIGHLIGHTS

John Jasnoch is a partner in the San Diego office.  He represents clients in complex litigations in state and federal courts across the county.  John has been counsel of record in numerous successful cases where Scott+Scott served in a leadership capacity, including:  *In re LendingClub Corp. Shareholder Litigation*, No. CIV537300 (Cal. Super. Ct. San Mateo Cty) ($125 million federal and state joint settlement); *In re King Digital Entertainment plc Shareholder Litigation*, No. CGC-15-544770, (Cal. Super. Ct. San Francisco Cty.) ($18.5 million settlement); *In re FireEye, Inc. Securities Litigation*, No. 1:14-cv-266866 (Cal. Super. Ct. Santa Clara Cty.) ($10.3 million settlement); *In re Pacific Coast Oil Trust Securities Litigation*, No. BC550418 (Cal. Super. Ct. Los Angeles Cty.) ($7.6 million settlement); and *In re MobileIron, Inc., Shareholder Litigation*, No. 1-15-284001 (Cal. Super. Ct. Santa Clara Cty) ($7.5 million settlement).  John currently represents plaintiffs in a number of high profile cases, including *In re Lyft, Inc. Securities Litigation*, No. CGC 19-575293 (Cal. Super Ct. San Francisco Cty); *In re Uber Technologies Inc. Securities Litigation*, No. CGC 19-579544 (Cal. Super Ct. San Francisco Cty); *In re Slack Technologies, Inc. Shareholder Litigation*, No. 19-cv-5370 (Cal. Super Ct. San Mateo Cty); and *In re Google Assistant Privacy Litigation*, No. 19-cv-04286 (N.D. Cal.).

In 2015, Mr. Jasnoch was a member of the trial team in *Scorpio Music S.A. v. Victor Willis*, a landmark copyright jury trial concerning the copyright ownership of hit songs by The Village People.  In that suit, Scott+Scott client and Village People lyricist Victor Willis obtained a declaratory judgment confirming his copyright termination and giving him a 50% copyright interest in "YMCA" and other classic Village People compositions.  No. 11-cv-1557 (S.D. Cal.).

In 2020, Mr. Jasnoch was named as one of SuperLawyers' "Rising Stars" for Securities Litigation in the San Diego Area.

In his free time, John enjoys attending sporting events, trivia contests, fun runs, and other adventures with his wife Jennifer, sons James and Julius, and dog Jack.



# GEOFFREY M. JOHNSON

**PRACTICE EMPHASIS**

Geoffrey M. Johnson's practice focuses on shareholder derivative, corporate governance, and securities class action litigation.

**ADMISSIONS**

United States District Courts: Northern and Southern Districts of Ohio, Eastern District of Michigan and Western District of Texas; United States Courts of Appeal: Second, Third, Sixth, Seventh, Eighth and Ninth; State Supreme Courts: Ohio

**EDUCATION**

University of Chicago Law School (J.D., with Honors, 1999); Grinnell College (B.A., Political Science, with Honors, 1996)

**HIGHLIGHTS**

Mr. Johnson is a partner in the Ohio office, where he is actively involved in the firm's shareholder derivative and corporate governance practice group.  Mr. Johnson has played a major role in several of the firm's most important corporate governance and shareholder rights cases, including recent cases against the boards of directors at Google and Facebook involving breach of fiduciary duty claims.  Mr. Johnson has also served as lead or co-lead counsel in several securities class action cases brought under Section 11 of the Securities Act of 1933, including *In re King Digital Entertainment plc Shareholder, Litigation*, No. 15-544770 (Superior Court of California, San Francisco County), a shareholder lawsuit that settled for $18.5 million after surviving two separate motions to dismiss, and *Rosenberg v. Cliffs Natural Resources, Inc.*, No. 14-1531 (Court of Common Pleas, Cuyahoga County, Ohio), a shareholder lawsuit that settled for $10 million after the firm had engaged in extensive litigation and motion practice.

Mr. Johnson has been active in the firm's mortgage-backed securities litigation practice, serving as lead or co-lead counsel in mortgage-backed securities class action cases: *In re Washington Mutual Mortgage-Backed Securities Litigation*, No. 2:09-cv-00037 (W.D. Wash.) and *Putnam Bank v. Countrywide Financial, Inc.*, No. 10-cv-302 (C.D. Cal.).  Mr. Johnson also helped develop the theories that the firm's pension fund clients have used to pursue class action cases against mortgage-backed securities trustees.  Such cases include *Retirement Board of the Policemen's Annuity & Benefit Fund of the City of Chicago v. Bank of New York Mellon*, No. 11-cv-05459 (S.D.N.Y.); and *Oklahoma Police Pension & Retirement System v. U.S. Bank NA*, No. 11-cv-8066 (S.D.N.Y.).

Prior to joining Scott+Scott, Mr. Johnson clerked for the Honorable Karen Nelson Moore, United States Court of Appeals for the Sixth Circuit.



# BETH KASWAN

**PRACTICE EMPHASIS**

Ms. Kaswan currently focuses on representing cities, counties, and other municipalities from Massachusetts, Pennsylvania, New Jersey, Connecticut, and Florida in both state and federal litigation against the manufacturers and distributors of opioid medications.

**ADMISSIONS**

States of New York and Massachusetts; United States Courts of Appeal: First, Second, Fifth, Sixth, Seventh, and Ninth Circuits; United States District Courts: Southern and Eastern Districts of New York, Northern District of Illinois, and Eastern District of Wisconsin

**EDUCATION**

Boston College (J.D., 1976); University of Miami (Bachelor of Business Administration, 1973)

**HIGHLIGHTS**

Ms. Kaswan has been practicing law for over 40 years and is a partner in the firm's New York office. During her tenure as an Assistant U.S. Attorney in the U.S. Attorney's Office for the Southern District of New York, including with respect to her promotions to Chief of the Commercial Litigation Unit and Deputy Chief of the Civil Division, Ms. Kaswan handled a number of complex fraud actions against major U.S. contractors and served as lead counsel in litigation to enjoin the manufacture of adulterated generic drugs in the landmark case *United States v. Barr Laboratories, Inc.*, 812 F. Supp. 458 (D.N.J. 1993). Ms. Kaswan, who began her career as an accountant at the offices of Peat, Marwick, Mitchell & Co., and then worked as a civil trial attorney in the tax division of the U.S. Department of Justice in Washington, D.C., is the recipient of several awards from the Justice Department and other agencies she represented, including the Justice Department's John Marshall award, Special Commendation from the Attorney General, an award from the Executive Office of U.S. Attorneys, Tax Division Outstanding Achievement awards, and awards from the FDA and U.S. Customs Service.

While at Scott+Scott, Ms. Kaswan served as lead counsel in *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass Through Certificates*, No. 09-cv-00037 (W.D. Wash.), the WaMu RMBS Section 11 Securities Act case which settled after plaintiffs succeeded in defeating the defendants' motion for summary judgment, only weeks before it was scheduled to proceed to a jury trial.  Ms. Kaswan participated in the nine-week trial in *In the Matter of the Application of The Bank of New York Mellon*, Index No. 651786/2011 (N.Y. Supr. Ct.) in which she and other interveners challenged the proposed settlement between Bank of New York Mellon and Bank of America to resolve repurchase and servicing claims for 530 Countrywide trusts.  She and others settled federal and



state law claims against the Securitization Trustees for WaMu and Bear Stearns Trusts in *Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, N.A.*, No. 12-cv-2865 (S.D.N.Y.) and *Oklahoma Police Pension and Retirement System v. U.S. Bank N.A.*, No. 11-cv-8066 (S.D.N.Y.), respectively.

Ms. Kaswan brought a derivative suit on behalf of New York University against Ezra Merkin to freeze funds belonging to a feeder fund to Bernard Madoff.  She also served as lead counsel to another shareholder derivative case, *Carfagno v. Schnitzer*, No. 08-CV-912-SAS (S.D.N.Y.), where she successfully negotiated a settlement on behalf of Centerline Holding Company and Centerline shareholders.  Ms. Kaswan has served as lead counsel in *Cornwell v. Credit Suisse Group*, No. 08-cv-3758 (S.D.N.Y.) and *In re Tetra Technologies, Inc. Securities Litigation*, No. 08-cv-0965 (S.D. Tex.), among others.

Ms. Kaswan is the lead lawyer for public nuisance actions by 13 Massachusetts cities against opioid manufacturers, distributors and chain pharmacies.  *In re Municipal Opioid Cases*, No. 1884CV02860-BLS2 (Mass. Super.).

Ms. Kaswan is a member of the New York and Massachusetts bars and has been named a "Super Lawyer" from 2011-2020.

# AMANDA LAWRENCE

## PRACTICE EMPHASIS

Amanda F. Lawrence is actively engaged in the Firm's complex securities, corporate governance, consumer, and antitrust litigation.

## ADMISSIONS

States of Connecticut and Massachusetts; United States Courts of Appeal: First and Ninth Circuits; United States District Courts: Southern District of New York, Connecticut, and Massachusetts

## EDUCATION

Yale Law School (J.D., 2002); Dartmouth College (B.A., *cum laude*, 1998)

## HIGHLIGHTS

Ms. Lawrence is a partner in our Connecticut office.  In the antitrust realm, Ms. Lawrence served as co-lead counsel in the matter, *In re: GSE Bonds Antitrust Litigation*, No. 1:19-cv-01704-JSR (S.D.N.Y.) which alleged manipulation of the prices in the $550 billion government sponsored entities bond market by some of the largest banks in the world.  The case settled for $386.5 million as well as requiring injunctive relief.  Ms. Lawrence was also intricately involved in the "ISDAFix case" – *Alaska Electrical Pension Fund v. Bank of America*, 1:14-cv-07126-JMF-OTW (S.D.N.Y).  That achieved over $504.5 million in recovery from large financial institutions for investors.  Currently, Ms. Lawrence also works on *In Re Cattle Antitrust Litig.,* 0:22-md-03031-JRT-JFD (D. Minn.) and *In re European Governments Bonds Antitrust Litig.*, 1:19-cv-2601 (S.D.N.Y.), two large international antitrust actions.

In her securities practice, Ms. Lawrence has worked on numerous Exchange Act and 1933 Act cases that have resulted in substantial settlements.  For example, she served as co-lead counsel in *In re: Micro Focus International PLC Securities Litigation*, No. 18-cv-01549 (Cal. Super. Ct. San Mateo Cnty.), a California 1933 Act that settled for $107.5 million.  Other securities cases Ms. Lawrence has worked on include: *Police and Fire Retirement System of the City of Detroit v. Crane*, No. 13-cv-00945-VC (N.D. Cal.) ($5.1 million securities class action settlement); *Rubenstein v. Oilsands Quest Inc.*, No. 11-1288 (S.D.N.Y.) (securities settlement of $10.235 million); *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass-Through Certificates*, No. 09-cv-00037 (W.D. Wash.) ($26 million securities class action settlement); *In re Fireeye, Inc. Securities Litigation*, No. 14-cv-266866 (Cal. Super. Ct. Santa Clara Cnty.); *St. Lucie Cnty. Fire Dist. Firefighters' Pension Trust v. Southwestern Energy Co.*, No. 4:16-cv-569 (S.D. Tex.); *In re LendingClub Corp. Shareholder Litig.*, No. CIV537300 (Cal. Super. Ct San Mateo Cnty.); and *In re TETRA Technologies, Inc. Securities Litig.*, No. 4: 07-cv-00965 (S.D. Tex.) ($8.25 million securities class action settlement).



In addition to antitrust and securities matters, Ms. Lawrence has also worked on consumer cases that have resulted in significant settlements for the affected classes.  For example, Ms. Lawrence helped achieve a settlement in the *The United States v. The City of New York*, No. 07-CV-2067 (E.D.N.Y.) that awarded back pay and lost fringe benefits to a class of African American and Hispanic firefighters in New York City, as well as a settlement in *In re Prudential Life Insurance Co. of America SGLI/VGLI Contract Litig.*, No. 11-02208 (D. Mass.) that brought a $39 million settlement on behalf of families of deceased servicemen and women against Prudential.

Ms. Lawrence has taught Trial Practice at the University of Connecticut School of Law and is very actively involved in her community, particularly in recreational organizations and events.

A five-time NCAA National Champion cyclist who raced throughout the United States, Europe, Bermuda, and Pakistan, Ms. Lawrence is now an avid endurance athlete.  Ms. Lawrence has competed in dozens of marathons, including the New York Marathon and the Boston Marathon, and in 18 full-distance ironman competitions – five of which were at the Ironman World Championships in Kona, Hawaii.

# JACOB LIEBERMAN

**PRACTICE EMPHASIS**

Mr. Lieberman is a partner in the Firm's Connecticut office where he principally represents clients in securities litigation matters.

Since joining the Firm, Mr. Lieberman has been involved in a number of high-profile and significant recoveries on behalf of investors, including the classes in *Oklahoma Firefighters Pension & Retirement System v. Newell Brands, Inc.*, No. L-003492-18 (N.J. Super. Ct. Hudson Cnty.) ($102.5 million securities settlement) and *In re Infinity Q Diversified Alpha Fund Securities Litigation*, Index No. 651295/2021 (N.Y. Sup. Ct.) (up to $48 million securities settlement).

Prior to joining the Firm, Mr. Lieberman spent over seven years as an associate in the litigation group of Sullivan & Cromwell LLP.  His practice there consisted of representing international companies in complex civil litigation matters—with a focus on antitrust, market manipulation, and RICO cases—as well as in criminal and other regulatory enforcement proceedings.

**ADMISSIONS**

State of New York; United States Courts of Appeals for the Second and Fourth Circuits, United States District Court for the Southern District of New York

**EDUCATION**

Harvard Law School (J.D., *cum laude*, 2014); Vassar College (B.A., General Honors and Departmental Honors in Philosophy, 2009)

**HIGHLIGHTS**

- Ones to Watch: Antitrust Law (2023)

- Ones to Watch: Criminal Defense: White-Collar (2023)



# SEAN T. MASSON

**PRACTICE EMPHASIS**

Focusing his litigation efforts on class actions involving cryptocurrency and digital assets, mass torts, and complex commercial cases, Mr. Masson represents retail and institutional investors, government entities, and consumers around the globe. Currently, he is a partner in the firm prosecuting pharmaceutical companies and distributors for their role in the marketing and overprescribing of highly addictive opioid painkillers.

**ADMISSIONS**

State of New York; United States District Courts: Southern, Eastern, and Northern Districts of New York, Eastern District of Wisconsin

**EDUCATION**

Hofstra University School of Law (J.D., *cum laude*, 2009); Queens College (B.A., *summa cum laude*, 2006)

**HIGHLIGHTS**

Super Lawyers has named Mr. Masson a Rising Star for five consecutive years (2015-2019) for his work as a class action litigator.

Prior to entering the private sector, Mr. Masson served as an Assistant District Attorney in the Manhattan DA's Office, successfully arguing over 40 appeals in state and federal courts and gaining extensive experience with large-scale government and regulatory investigations. Notable cases include: *People v. McKelvey* (upheld 75-year sentence for serial rapist preying on homeless women); *People v. Chance* (creating precedential law on issue of first impression regarding the disposal of stolen property under N.Y. Penal Law); and *People v. Espinal* (affirming murder-for-hire and conspiracy convictions for high ranking member of a large-scale cocaine trafficking operation).

During law school, Mr. Masson served as the Senior Notes and Comments Editor of the Hofstra Law Review and won the 1L Excellence in Torts award.

Mr. Masson's publications include: *The Presidential Right of Publicity*, 2010 BOSTON COLLEGE INTELLECTUAL PROPERTY & TECHNOLOGY FORUM 012001 and Note, *Cracking Open the Golden Door: Revisiting U.S. Asylum Law's Response To China's One-Child Policy,* 37 HOFSTRA LAW REVIEW 1135 (2009).

SCOTT
+
SCOTT

# JUSTIN O. RELIFORD

**PRACTICE EMPHASIS**

Justin Reliford is a partner in the Firm's Corporate Governance and Shareholders Rights practice group.

Mr. Reliford is one of the nation's leading corporate governance and M&A litigators, with extensive experience prosecuting claims in state and federal courts across the country.  Mr. Reliford is a true believer in the value of strong corporate governance, accountability, and a fair market.  Throughout his career, Mr. Reliford has helped recover nearly a billion dollars for stockholders and corporations to remedy alleged misconduct by corporate directors and officers.  Having previously worked as a labor and employment litigator, Mr. Reliford has counseled sophisticated clients through a wide range of class and collective actions in high-stakes litigation.  Mr. Reliford's background provides a unique insight into the concerns and motivations of corporate constituents at all levels, which Mr. Reliford relies upon to secure significant litigation outcomes and sound business solutions.

**ADMISSIONS**

States of Pennsylvania, New York and New Jersey; United States District Courts: District of New Jersey, Eastern District of Pennsylvania, Middle District of Pennsylvania, Western District of Michigan; United States Court of Appeals: Third Circuit

**EDUCATION**

University of Pennsylvania Law School (J.D., 2007); Williams College (B.A., 2003)

**HIGHLIGHTS**

*In re Cardinal Health Inc. Derivative Litig.*, 2:19-cv-02491 (S.D. Ohio) ($124 million settlement of opioid-related director oversight claims)

*In re Tesla Motors, Inc. S'holder Litig.*, C.A. No. 12711-VCS (Del. Ch.) ($60 million settlement of breach of fiduciary duty claims in connection with a corporate transaction)

*Ark. Teacher Ret. Sys. v. Alon USA Energy Inc.*, C.A. No. 2017-0453-KSJM (Del. Ch.) ($44.75 million settlement of merger-related breach of fiduciary duty claims)

*Weiss v. Burke, et al.*, C.A. No. 2020-0364-PAF (Del. Ch.) ($17.5 million settlement of stockholder claims in connection with HGGC's acquisition of Nutraceutical Inc.)

*In re Allergan Inc. Proxy Violation Sec. Litig.*, No. 8:14-cv-02004 (C.D. Cal.) ($250 million settlement of insider trading claims under the Williams Act)



*In re Dole Food Co., Inc. S'holder Litig.*, C.A. No. 8703-VCL (Del. Ch.) ($148 million settlement following post-trial ruling in plaintiffs' favor on breach of fiduciary claims in connection with a take-private transaction)



# MAX SCHWARTZ

**PRACTICE EMPHASIS**

Max Schwartz's practice focuses on complex civil litigation, often involving financial products and services. He also counsels investment firms and institutional investors on strategies to enhance returns, or recoup losses, through a variety of legal actions.

**ADMISSIONS**

State of New York; United States District Courts: Southern District of New York

**EDUCATION**

New York University School of Law (J.D.); Columbia University (B.A., *cum laude*)

**HIGHLIGHTS**

Max Schwartz is a Partner in the Firm's New York office, focusing on securities matters and complex litigation.  He has served as lead counsel in numerous high-stakes cases, recovering hundreds of millions of dollars for institutional investors, hedge funds and other clients.  He also advises clients on strategies for using legal rights and remedies to enhance returns or recoup losses on investments.

Mr. Schwartz has expertise in matters involving a wide variety of industries, ranging from financial products to data storage and AI, and has successfully brought novel claims to obtain recoveries for clients.  Following the financial crisis, Mr. Schwartz set important precedent involving mortgage-backed securities ("MBS"), arguing the first cases to find that trustees had an obligation to enforce investors' rights and have deficient mortgages repurchased from MBS trusts.  In addition to fraud and other securities claims, Mr. Schwartz has significant experience litigating antitrust and shareholder cases as well.

Super Lawyers named Mr. Schwartz a Rising Star and the Legal Aid Society also recognized him with a Pro Bono Service Award for work before the New York Court of Appeals.

**REPRESENTATIVE CASES**

- ***Okla. Firefighters Pens. vs. Newell Brands Inc.,*** No. L-003492-18 (N.J. Sup. Ct. Hudson Cnty.)

- ***Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, NA***, No. 1:12-cv-2865 (S.D.N.Y.)

- ***In re SanDisk LLC Sec. Litig.***, No. 15-cv-01455 (N.D. Cal.)

- ***Weston v. RCS Capital Corp.,*** No.  1:14-cv-10136 (S.D.N.Y.)

- ***Dahl v. Bain Capital Partners, LLC,*** No. 1:07-cv-12388 (D. Mass.)



# JING-LI YU

**PRACTICE EMPHASIS**

Jing-Li Yu practices in the areas of shareholder derivative, fiduciary duty, alternative entity, and securities litigation.

**ADMISSIONS**

States of New York and Delaware; United States Court of Appeals: Second Circuit; United States District Courts: Southern and Eastern Districts of New York

**EDUCATION**

University of Chicago Law School (J.D., 2010); University of Chicago (Master of Arts, Social Sciences, 2005); University of Pennsylvania (B.A., Economics, *cum laude*, 2001)

**HIGHLIGHTS**

Mr. Yu is a partner in the New York office where he focuses on shareholder derivative litigation. His practice also consists of actions involving other fiduciary duty, securities, and alternative entity claims.

Prior to joining Scott+Scott, Mr. Yu was a litigation associate based in Wilmington, Delaware at an international litigation firm that primarily represented institutional plaintiffs. Before then, he was a litigation and investigations associate based in New York, New York at two international law firms that primarily represented institutional defendants.

**COMMUNITY INVOLVEMENT**

Mr. Yu is on the board of directors of the 80-20 Initiative, an Asian American political advocacy organization led by a former lieutenant governor of Delaware.

SCOTT
+
SCOTT

# NICHOLAS BRUNO

**PRACTICE EMPHASIS**

Nicholas Bruno is an associate in the Firm's New York office where he focuses primarily on identifying, investigating, and initiating complex federal securities class actions on behalf of individual and institutional shareholders.

While attending Maurice A. Deane School of Law, Nicholas was the Editor-in-Chief of the *Journal of International Business and Law*.  Nicholas was also a judicial intern for the Honorable Kathleen Tomlinson, U.S.M.J., at the U.S. District Court, Eastern District of New York, and for the Honorable Robert Miller at the New York State Supreme Court, Appellate Division, Second Department.

Nicholas has served as Co-Chair of the Blockchain Subcommittee of the Information Technology and Cyber Law Committee of the New York City Bar Association (2020-2023).

Nicholas has also co-authored two commentary publications to the U.S. Securities and Exchange Commission ("SEC") on proposed rule changes to the accredited investor definition and to investor protection mechanisms related to the facilitation of blockchain asset management at registered broker-dealers.  His work was cited in a recent SEC rule that redefined the accredited investor definition and modernized investor protection standards.

**ADMISSIONS**

State of New York; United States District Court for the Southern District of New York

**EDUCATION**

Hofstra University, Maurice A. Deane School of Law (J.D., 2021); University of St. Thomas (B.A., Political Science, 2018)

**HIGHLIGHTS**

- Tyler Yagman & Nicholas Bruno, Comment Letter on Proposed Rule: Amending the "Accredited Investor" Definition (Mar.15, 2020)

- SEC Accredited Investor, 17 C.F.R. § 230.215 (2020) (citing to note 231 within the Final Rule)

- Nicholas Bruno, *et al.*, Comment Letter on Policy Statement: Custody of Digital Asset Securities by Special Purpose Broker-Dealers (Apr. 12, 2020)



**REPRESENTATIVE CASES**

Mr. Bruno has been actively involved in numerous cases, including *Severt v. UiPath, Inc.*, No. 1:23-cv-07908 (S.D.N.Y.).



# JESSICA M. CASEY

**PRACTICE EMPHASIS**

Jessica Casey principally represents clients in securities litigation matters.

**ADMISSIONS**

State of New York; State of Maryland; United States District Court for the Southern District of New York; United States Court of Appeals for the Second Circuit

**EDUCATION**

University of Maryland School of Law (J.D., *magna cum laude*, 2011); University of Maryland, College Park (B.A., 2008)

**HIGHLIGHTS**

Jessica Casey is an associate in the Firm's Connecticut office.

Prior to joining Scott+Scott, Ms. Casey served the public for nearly 10 years as a state and federal prosecutor, most recently as an Assistant United States Attorney for the District of Connecticut and formerly as an Assistant District Attorney for the Manhattan District Attorney's Office. In those roles, Ms. Casey gained extensive appellate and trial litigation experience and directed complex governmental investigations into a wide variety of financial frauds.

Before serving as a prosecutor, Ms. Casey clerked for the Honorable Christopher C. Conner, United States District Court for the Middle District of Pennsylvania, and for the Honorable James R. Eyler, Maryland Court of Special Appeals (now named Appellate Court of Maryland).

SCOTT
+
SCOTT

# ELIZABETH DRAGOVICH

## PRACTICE EMPHASIS

Ms. Dragovich is deeply experienced in the areas of corporate governance, shareholder rights, federal and international securities laws, and appraisal litigation. Prior to going into private practice in 2015, Ms. Dragovich represented dependent children as a child advocate attorney and the Department of Human Services as an assistant city solicitor in Philadelphia, Pennsylvania, and she clerked for the Honorable William L. Chapman, Jr. of the Delaware Family Court of New Castle County.

## ADMISSIONS

Pennsylvania: May 2003

## EDUCATION

University of Pennsylvania Law School (J.D., 2002); Carnegie Mellon University (B.A. in English and Creative Writing, 1999)

# G. DUSTIN FOSTER

**PRACTICE EMPHASIS**

Dustin Foster's main practice areas include antitrust, securities, and complex litigation.

**ADMISSIONS**

State of West Virginia; United States District Courts: Northern and Southern Districts of West Virginia

**EDUCATION**

West Virginia University College of Law (J.D., 2002); West Virginia Wesleyan College (B.S., 1999)

**HIGHLIGHTS**

Mr. Foster's practice areas include antitrust, securities, and complex litigation, which includes such cases as *Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570 (N.D. Cal.); *In Re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (S.D.N.Y.), *Dahl v. Bain Capital Partners, LLC*, No. 1:07-cv-12388 (D. Mass.), and *Mylan Pharmaceuticals, Inc. v. Warner Chilcott Public Ltd. Co.*, No. 2:12-cv-03824 (E.D. Pa.).

During law school, Mr. Foster served as a law clerk for the West Virginia Supreme Court of Appeals, after which he assumed a full-time term position as a law clerk for the Hon. Thomas C. Evans, III, of the Fifth Circuit Court of West Virginia.

# SUSAN HU

**PRACTICE EMPHASIS**

Susan Hu is an associate in the Firm's New York office where she represents clients in securities litigation matters.

Ms. Hu served as a Notes Editor on the NYU Law Review and clerked for Chief Judge Jerome B. Simandle in the District of New Jersey.  Prior to clerking, she worked for the Center for Constitutional Rights, where she litigated national security and international human rights cases. She previously practiced at Arnold & Porter LLP and Dontzin Nagy and Fleissig, LLP, where she focused on complex commercial litigation and product liability cases.

**ADMISSIONS**

United States District Court for the Southern and Eastern Districts of New York; United States District Court for the District of Columbia; United States Court of Appeals for the First Circuit; United States Supreme Court

**EDUCATION**

New York University School of Law (J.D.); Columbia University (B.A.)

**HIGHLIGHTS**

- Clerked for the Honorable Jerome B. Simandle, District of New Jersey

SCOTT + SCOTT

# CORNELIA GORDON

**PRACTICE EMPHASIS**

Cornelia Gordon focuses on securities litigation.

**ADMISSIONS**

State of California; State of New York

**EDUCATION**

Duke University School of Law (J.D., 2014); Centre College (B.A., 2010, Summa Cum Laude)

**HIGHLIGHTS**

Cornelia Gordon is an attorney in Scott+Scott's San Diego office.

Prior to joining Scott+Scott, Ms. Gordon worked at a boutique litigation firm where she represented individuals, corporations, and court-appointed receivers and monitors in a variety of white collar civil and criminal matters. Her practice there consisted primarily of complex civil litigation on both the plaintiff and defense side. Before that, Cornelia worked as an associate at Sullivan & Cromwell LLP, where her practice focused on government investigations.

SCOTT
+
SCOTT

# JEFFREY P. JACOBSON

**PRACTICE EMPHASIS**

Jeffrey P. Jacobson specializes in complex securities and commoditites litigation.

**ADMISSIONS**

State of New York; United States Courts of Appeal: Second Circuit; United States District Courts: Southern, Eastern, and Western Districts of New York

**EDUCATION**

George Washington University Law School (J.D., High Honors, Order of the Coif, 2017); The George Washington University (B.A., Journalism & Political Science, *summa cum laude*, Distinguished Scholar, 2013)

**HIGHLIGHTS**

Jeff is a litigation associate in our New York office where he specializes in securities litigation in both federal and state court.  Jeff represents pension funds and individuals in their civil suits prosecuting publicly traded companies and their principals for securities fraud and malfeasance.  Jeff also represents institutional and individual investors in commodities fraud cases against corporate traders that manipulate the commodities markets.

Jeff was named a Super Lawyers Rising Star by Thompson Reuters in 2021, 2022, and 2023.

Several of Jeff's recent settlements include:

*In re Micro Focus Int'l PLC Secs. Litig.*, No. 18CIV01549 (Cal. Super. San Mateo Cnty.) ($107.5M settlement); *In re JPMorgan Precious Metals Spoofing Litig.,* No. 1:18-cv-10356 (S.D.N.Y.) ($60M settlement); *In re Greensky Sec. Litig.*, No. 1:18 Civ. 11071 (S.D.N.Y.) ($27.5M settlement); *Abadilla v. Precigen, Inc.*, No. 5:20-cv-06936 (N.D. Cal.) ($13M settlement); *In re Vaxart, Inc. Sec. Litig.*, No. 3:20-cv-05949 (N.D. Cal.) ($12.015M settlement); *Erie County Emps. Ret. Sys. v. NN, Inc.*, No. 656462/2019 (N.Y. Sup. Ct.) ($9.5M settlement); *In re Netshoes Secs. Litig.*, No. 157435/2018 (N.Y. Sup. Ct. N.Y. Cnty.) ($8 million settlement); *Plymouth Cnty. Contributory Ret. Sys. v. Adamas Pharms., Inc.*, No. RG19018715 (Cal. Sup. Ct. Alameda Cnty.) ($7.5M settlement); and *Mo-Kan Iron Workers Pension Fund v. Teligent, Inc.*, No. 1:19-cv-03354 (S.D.N.Y.) ($6M settlement).

Prior to joining Scott+Scott, Jeff was a litigation associate at a major international law firm where he represented clients in securities cases, bankruptcy proceedings, and antitrust matters, and advised clients on employment matters.

# EMILIE B. KOKMANIAN

**PRACTICE EMPHASIS**

Ms. Kokmanian is an associate in the Firm's New York office where she specializes in both federal and state securities litigation on behalf of individual and institutional shareholders.

Prior to joining Scott+Scott, Ms. Kokmanian spent seven years as a litigation associate at a leading class action law firm in Québec where she represented aggrieved shareholders in several high-profile securities class actions pertaining to corporate fraud in the securities markets.  Ms. Kokmanian also practiced in civil and commercial litigation.

**ADMISSIONS**

State of New York; Québec

**EDUCATION**

Université de Montréal (J.D., 2013 & L.L.B., 2011)

**HIGHLIGHTS**

Co-authored with Anais Kadian; Canada: Human Rights Champion or Pawn to Autocratic Regimes in the Global Arms Trade?, Response to the "Final report: Review of export permits to Turkey" published by Global Affairs Canada, House of Commons – Standing Committee on Foreign Affairs and International Development, May 4, 2021

Co–authored with Michael Miarmi; Investigations in Securities Litigation in the U.S.: A Deep Dive Into the Role and Impact of Confidential Witnesses, Développements récents en enquêtes internes et réglem entaires, vol. 522 (2022).

Co–authored with Caroline Larouche, Michael Miarmi and Jonathan S. Carter; The Realities of "Reliance": Understanding Its Role in U.S. and Canadian Securities Class Actions, Colloque national sur l'action collective, vol. 544 (2023).

**REPRESENTATIVE CASES**

Ms. Kokmanian has been involved in several cases, including Bausch Health Companies Inc. c. California State Teachers' Retirement System, 2021 QCCA 1547; California States Teachers' Retirement System c. Bausch Health Companies Inc., 2020 QCCS 275; and Amaya inc. c. Derome, 2018 QCCA 120.

SCOTT
+
SCOTT

# MELISSA MAY

**BIO**

Melissa May is a Litigation Associate in the Firm's Corporate Governance and Shareholders Rights practice group.

Ms. May initiated her career as a paralegal, focusing on class actions, multi-district litigations, and personal injury cases.  Her support of efforts that led to significant client recoveries equipped her with a true awareness of institutional misconduct and its individualized repercussions – a perspective she continues to follow in practice.

Prior to joining the Firm, Ms. May developed a strong business acumen through extensive corporate experience with prominent financial institutions, both domestically and abroad.  Her education culminated with a prestigious externship at the Delaware Court of Chancery during her final year in law school, where she honed her capabilities in corporate governance matters and complex litigation under Delaware law.

Ms. May focuses on shareholder derivative litigation in the Firm's New York office.  Her practice also centers on alternative entities and corresponding fiduciary duty claims.

**ADMISSIONS**

Admitted to practice in the State of New York

**EDUCATION**

Washington and Lee University School of Law (J.D., 2023); St. Mary's University College, London (Postgraduate Certificate in International Business Practice, 2016)

# MANDEEP S. MINHAS

**BIO**

Mr. Minhas is an associate in the Firm's New York office.  He specializes in federal and state securities litigation on behalf of individual and institutional shareholders.  Before joining Scott+Scott, Mr. Minhas was an associate at a trial firm in New York.  He has represented plaintiffs on complex international matters including unfair competition, racketeering, and human trafficking.

**ADMISSIONS**

State of New York; U.S. District Courts for the Southern, Eastern, and Northern Districts of New York

**EDUCATION**

Boston College Law School (J.D., 2020); Columbia University (M.A., 2016); University of Texas (B.A., 2013)

SCOTT
+
SCOTT

# KASSANDRA NELSON

**PRACTICE EMPHASIS**

Kassandra Nelson's practice focuses on complex consumer, securities and antitrust litigation.

**ADMISSIONS**

State of Texas; State of New York

**EDUCATION**

Southern Methodist University (J.D., 2016); University of Alabama (B.A., *cum laude*, 2012)

**HIGHLIGHTS**

Ms. Nelson is an associate in the firm's New York office where she focuses on consumer, securities and antitrust litigation. In addition, Ms. Nelson consults with the Firm's institutional investor clients, including numerous public pension systems and multi-employer funds to inform clients and ensure that they have proper safeguards in place to monitor and protect against corporate malfeasance in the United States and international finance markets. Ms. Nelson litigates on behalf of public entities against pharmaceutical companies for alleged fraudulent business practices.

During law school, Ms. Nelson received the distinction of Pro Bono Honor Roll upon graduation for her work in Legal Public Service. Ms. Nelson served as a student attorney for SMU's Innocence Clinic, working with the Dallas County Public Defender's Office and New York Innocence Project, and successfully advocated for the release and exoneration of Steven Chaney, freed after wrongfully serving more than 25 years.

**ACTIVE CASES:**

*City of Cambridge v. Purdue Pharma L.P., et al., Civil Action No. 1984CV02854-BLS2 (Mass. Opioid cases)*

*City of New Britain v. Purdue Pharma L.P., d/b/a Purdue Pharma (Delaware) Limited Partnership, et al. (Connecticut opioid cases)*

*Also opioid cases in New Jersey, Pennsylvania, and Virginia.*

**PUBLICATION:**

*Global Trends in Private Damages: The Future of Collective Actions*, Scott, David; Hollway, Belinda; Nelson, Kassandra; Shah, Devi, 13 Competition L. Int'l 137 (2017)

**MEMBERSHIPS:**

- National Association of Public Pension Attorneys (NAPPA)

- National Conference on Public Employee Retirement Systems (NCPERS)

- County Commissioners Association of Pennsylvania (CCAP)

- Pennsylvania State Association of County Controllers (PSACC)

- Texas Association of Public Employee Retirement Systems (TEXPERS)

- Georgia Association of Public Pension Trustees (GAPPT)

- Florida Public Pension Trustees Association (FPPTA)

- International Foundation for Employee Benefit Plans (IFEBP)

- Association of Benefit Administrators (ABA)

SCOTT
+
SCOTT

# MATTHEW PELLER

**PRACTICE EMPHASIS**

Matthew Peller focuses on securities class actions and other complex shareholder litigation.

**ADMISSIONS**

States of New York and New Jersey; United States District Courts: Southern District of New York, Eastern District of New York, Southern District of Texas, Western District of Pennsylvania, Western District of Wisconsin, District of Colorado; United States Courts of Appeals: United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fifth Circuit; United States Supreme Court

**EDUCATION**

Cornell Law School (J.D., 2006); Cornell University (B.S., Industrial and Labor Relations, 2003)

**HIGHLIGHTS**

Matthew Peller is an attorney in Scott+Scott's New York office.

Mr. Peller has more than 15 years of experience litigating all aspects of complex shareholder actions in federal and state courts, including both prosecuting and defending class and individual securities fraud actions. Mr. Peller is well-versed in litigating novel procedural, liability, and damages issues, class certification issues, contested fee applications, and settlement objections. He also has extensive experience working on complex litigation involving non-U.S. issuers, including addressing Australian, Brazilian, Canadian, Dutch, English, Israeli, and Mexican law issues.

Following law school, Mr. Peller clerked for the Honorable Roger L. Gregory, United States Circuit Court Judge for the U.S. Court of Appeals for the Fourth Circuit.

Prior to joining Scott+Scott, Mr. Peller defended complex securities and other shareholder actions for more than 10 years at Sullivan & Cromwell LLP and prosecuted individual securities and shareholder actions at Rolnick Kramer Sadighi LLP.

**REPRESENTATIVE CASES**

- *Amici* brief concerning treatment of Pershing Square Tontine SPAC under the Investment Company Act of 1940



# JOSEPH A. PETTIGREW

**PRACTICE EMPHASIS**

Joseph A. Pettigrew's practice areas include securities, shareholder derivative litigation, consumer, and other complex litigation.

**ADMISSIONS**

States of California and Maryland; United States District Courts: Central, Northern, and Southern Districts of California, District of Maryland; United States Supreme Court

**EDUCATION**

University of San Diego School of Law (J.D., 2004); Carleton College (B.A., Art History, *cum laude*, 1998)

**HIGHLIGHTS**

Mr. Pettigrew is of counsel who works across multiple Scott+Scott offices.  His work includes the following cases: *Dahl v. Bain Capital Partners, LLC*, No. 07-cv-12388 (D. Mass.); *In re Tile Shop Holdings, Inc. Stockholder Deriv. Litigation*, C.A. No. 10884-VCG (Del. Ch.); *Rudi v. Wexner*, No. 20-cv-3068 (S.D. Ohio) and *In re TikTok, Inc. Consumer Privacy Litig.*, 20-cv-04699 (N.D. Ill.), MDL No. 2948.

SCOTT
+
SCOTT

# ALYSSA SCHNEIDER

**ADMISSIONS**

State of Connecticut; Admitted and Qualified Attorney and Counsellor of the Supreme Court of the United States

**EDUCATION**

University of Massachusetts School of Law Dartmouth (J.D., 2008); College of Wales School of Law, London (Summer Study Abroad, 2006); Sotheby's Institute of Art Summer Program in New York, Art Law & History (Certificate of Completion, 2015); Miami University, Oxford, OH (B.S., Human Resource Management, 2002)

**HIGHLIGHTS**

- National Mediator, certified via the OH Supreme Court and American Mediation Association

- Certified Advocate, The Climate Reality Project, dedicated to expanding environmental law for combatting climate change

- Compliance Inspector, in accordance with the DOJ, for local county Board of Elections

- Volunteered for the Lawyers Committee for Cultural Heritage Preservation

**BIO**

Alyssa A. Schneider is an attorney in the Scott+Scott's San Diego office, where she focuses on complex antitrust and securities litigations and class actions.  Ms. Schneider dedicates pro bono services in estate and elder planning and participates in advocacy trainings with civil rights organizations.  She has been a passionate volunteer for the arts, studying Holocaust Art Restitution in law school and thereafter, providing pro bono nonprofit guidance to small and large art institutions.

Prior to joining Scott+Scott, Ms. Schneider practiced in the electronic discovery arena for high profile clients and government investigations.  She was also a licensed educator, with a focus on Special Education and English as a Second Language.

Outside of the office, Ms. Schneider is an avid exerciser, a proponent of self-care, and enjoys listening to music, reading classic lit and autobiographies, and watching old movies.

# JON SMALLWOOD

**PRACTICE EMPHASIS**

Jon focuses on complex antitrust class action litigation and unfair competition litigation.

**ADMISSIONS**

State of California

**EDUCATION**

University of Dayton School of Law; University of Dayon (B.S., Electrical Engineering Technology)

**HIGHLIGHTS**

Jon is an attorney in Scott & Scott's San Diego Office and brings a multifaceted set of skills and experience to Scott & Scott.  Including his experience with complex antitrust and securities class actions, prior to joining Scott & Scott, Jon worked on many high stakes cases involving intellectual property, construction, business disputes, disability rights and general civil litigation.



# RHIANA SWARTZ

## PRACTICE EMPHASIS

Rhiana Swartz's practice primarily focuses on case development including identifying, investigating, and initiating complex federal and state securities class actions on behalf of institutional and individual investors.  She also litigates these matters, with a focus on leadership issues.  Ms. Swartz is also involved in shareholder derivative actions and other complex commercial matters.

## ADMISSIONS

State of New York; United States Courts of Appeal: Second Circuit; United States District Courts: Southern and Eastern Districts of New York, District of Colorado

## EDUCATION

Brooklyn Law School (J.D., *magna cum laude*); Swarthmore College (B.A.)

## HIGHLIGHTS

Prior to joining Scott+Scott, Ms. Swartz was Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, Office of the Corporation Counsel, where she defended federal civil rights cases from initial receipt of complaint through trial verdict.

Ms. Swartz also spent more than four years as an associate at Sullivan & Cromwell LLP in New York, representing major financial institutions in civil and regulatory matters involving securities, antitrust, corporate governance, and employment law issues.

Ms. Swartz clerked for the Honorable Joan M. Azrack in the Eastern District of New York.

## REPRESENTATIVE CASES

Ms. Swartz has helped secure Scott+Scott's leadership in many federal and state class actions, including:  *Corwin v. ViewRay, Inc.*, No. 1:19-cv-02115 (N.D. Ohio); *In re Weight Watchers Int'l, Inc. Sec. Litigation*, No. 1:19-cv-02005 (S.D.N.Y.); *Mustafin v. GreenSky, Inc.*, No. 1:18-cv-11071 (S.D.N.Y.); *In re Evoqua Water Techs. Corp. Sec. Litigation*, No. 1:18-cv-10320 (S.D.N.Y.); *Kanugonda v. Funko, Inc.*, No. 2:18-cv-00812 (W.D. Wash.); *Silverberg v. DryShips Inc.*, No. 2:17-cv-04547 (E.D.N.Y.); *Robinson v. Diana Containerships Inc.*, No. 2:17-cv-06160 (E.D.N.Y.); and *In re Altice USA, Inc. Sec. Litigation*, Index No. 711788/2018 (NY Sup. Ct. Queens Cty.).



# JONATHAN ZIMMERMAN

**PRACTICE EMPHASIS**

Jonathan Zimmerman's practice primarily focuses on identifying, investigating and initiating complex federal securities class actions on behalf of individual and institutional shareholders.  He is also involved in multiple shareholder derivative actions and other complex commercial matters.

**ADMISSIONS**

States of New Jersey and Pennsylvania; United States District Courts: District of New Jersey and Eastern District of Pennsylvania

**EDUCATION**

Temple University, Beasley School of Law (J.D., 2016); McGill University, Desautels School of Management (Bachelor of Commerce, 2009)

**REPRESENTATIVE CASES**

- *In re SanDisk LLC Securities Litigation*, No. 3:15-CV-01455-VC (N.D. Cal.) (part of the team that recovered $50 million in class action alleging violations of the Securities Exchange Act of 1934)

- *City of Birmingham Relief and Retirement System v. Hastings*, No. 5:18-cv-02107-BL (N.D. Cal.)

**HIGHLIGHTS**

Mr. Zimmerman is an associate in the New York office where he focuses on federal securities and shareholder derivative litigation.  He is the Former Staff Editor of Temple's *International and Comparative Law Journal* and Recipient of Best Paper Award in Advanced Financial Regulations for his work entitled *Corporate Diversions: Short-Term Tax Savings at the Expense of Shareholder Rights* (Spring 2015).

Mr. Zimmerman is a former two-time All-Canadian collegiate lacrosse player and co-captain of McGill University's men's varsity team.



SCOTT + SCOTT

+ New York
+ London
+ Amsterdam
+ Berlin
+ California
+ Connecticut
+ Virginia
+ Ohio
+ Arizona