## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, individually and on behalf all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HASBRO, INC., RICHARD STODDART, CHRISTIAN COCKS, DEBORAH THOMAS, GINA GOETTER, and ERIC NYMAN, <br><br> Defendants. | Civil Action No. 1:24-cv-08633-VSB <br><br> <u>CLASS ACTION</u> |

### NOTICE OF MOTION BY CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM FOR APPOINTMENT <u>AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL</u>

**TO:    THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that City of Birmingham Retirement and Relief System ("Movant") respectfully moves this Court for an order: (1) appointing Movant as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Movant's selection of Scott+Scott Attorneys at Law LLP as Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

This motion is based on this Notice and the Memorandum of Law filed herewith, the Declaration of Thomas L. Laughlin, IV in support thereof, including Exhibits A-D, and the Court's complete files and records in this Action, as well as such further argument as the Court may allow at a hearing on this motion.

DATED:  January 13, 2025            **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 */s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV (NY 4471975)
Donald A. Broggi (NY 4784195)
Jonathan Zimmerman
Matthew A. Peller (NY 4513412)
Nicholas S. Bruno (NY 5953245)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
tlaughlin@scott-scott.com
dbroggi@scott-scott.com
jzimmerman@scott-scott.com
mpeller@scott-scott.com
nbruno@scott-scott.com

*Counsel for Lead Plaintiff Movant City of Birmingham Retirement and Relief System and Proposed Lead Counsel for the Class*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 13, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

2