**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated<br><br>                    Plaintiff,<br><br>          v.<br><br>HASBRO, INC., RICHARD STODDART, CHRISTIAN COCKS, DEBORAH THOMAS, GINA GOETTER, and ERIC NYMAN,<br><br>                    Defendants. | Case No. 1:24-cv-08633-VSB<br><br><u>CLASS ACTION</u> |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

PLEASE TAKE NOTICE that Lead Plaintiffs West Palm Beach Firefighters' Pension Fund and City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Lead Plaintiffs") hereby move this Court for an order allowing Jesse L. Jensen to withdraw as counsel for Lead Plaintiffs and remove him from the CM/ECF service list for the above-captioned action.  In support of this morion and in in accordance with Local Civil Rule 1.4, the undersigned counsel states the following:

1. Jesse L. Jensen is no longer associated with the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").

2. The undersigned counsel of Bernstein Litowitz will continue to serve as counsel of record for Lead Plaintiffs in this action.

3. Mr. Jensen's withdrawal will not cause any delay in this matter.

Dated: September 8, 2025

Respectfully submitted,

*/s/ Jonathan D. Uslaner*

**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
Jonathan D. Uslaner
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
(310) 819-3481
jonathanu@blbglaw.com

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Hannah E. Ross
Matthew S. Goldstein
1251 Avenue of the Americas
New York, New York 10020
 (212) 554-1400
hannah@blbglaw.com
matthew.goldstein@blbglaw.com

*Lead Counsel for Lead Plaintiffs West Palm Beach*
*Firefighters' Pension Fund and City of Miami*
*General Employees' & Sanitation Employees'*
*Retirement Trust*

APPLICATION DENIED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.

Date: September 9, 2025

This application is denied without prejudice.
Counsel is directed re-file this motion pursuant
to Local Rule 1.4(b), which requires proof of
service of this motion to withdraw about his
client.

2