## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HASBRO, INC., RICHARD STODDART, CHRISTIAN COCKS, DEBORAH THOMAS, GINA GOETTER, and ERIC NYMAN,<br><br>　　　　　　　　　Defendants. | 24-cv-08633 (VSB)<br><br>**STIPULATION AND ORDER** |

WHEREAS, on August 29, 2025, the Court entered an Order (the "Lead Plaintiff Order") appointing as Lead Plaintiffs West Palm Beach Firefighters' Pension Fund and City of Miami General Employees' & Sanitation Employees' Retirement Trust (collectively, "Lead Plaintiffs," and with Defendants, the "Parties") and appointing Bernstein Litowitz Berger & Grossmann LLP Lead Counsel, *see* ECF No. 39; and

WHEREAS Lead Plaintiffs intend to file an amended complaint, and the Lead Plaintiff Order directed the Parties to file a proposed schedule for any answer or motion in response,

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1. Lead Plaintiffs will file an amended complaint on or before November 26, 2025.

2. Defendants will file any answer or motion to dismiss on or before February 9, 2026.

3. Lead Plaintiffs will file their opposition papers to any motion to dismiss on or before April 10, 2026.

4. Defendants will file their reply papers in further support of any motion to dismiss on or before May 11, 2026.

Dated: September 12, 2025

| | |
|---|---|
| */s/ Scott D. Musoff* | */s/ Jonathan D. Uslaner* |
| **SKADDEN, ARPS, SLATE,**<br>  **MEAGHER & FLOM LLP**<br>Scott D. Musoff<br>Jemma M. Curtin<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000<br>scott.musoff@skadden.com<br>jemma.curtin@skadden.com<br><br>*Counsel for Defendants Hasbro, Inc., Richard Stoddart, Christian Cocks, Deborah Thomas, Gina Goetter, and Eric Nyman* | **BERNSTEIN LITOWITZ BERGER**<br>  **& GROSSMANN LLP**<br>Jonathan D. Uslaner<br>2121 Avenue of the Stars, Suite 2575<br>Los Angeles, CA 90067<br>(310) 819-3481<br>jonathanu@blbglaw.com<br><br>**BERNSTEIN LITOWITZ BERGER**<br>  **& GROSSMANN LLP**<br>Hannah Ross<br>Matthew S. Goldstein<br>1251 Avenue of the Americas, 44th Floor<br>New York, NY 10020<br>(212) 554-1400<br>hannah@blbglaw.com<br>matthew.goldstein@blbglaw.com<br><br>*Lead Counsel for Lead Plaintiffs West Palm Beach Firefighters' Pension Fund and City of Miami General Employees' & Sanitation Employees' Retirement Trust* |

SO ORDERED:

*[signature: Vernon Broderick]*

**HON. VERNON S. BRODERICK**
**UNITED STATES DISTRICT JUDGE**

Date: September 15, 2025